EVANSTON NORTHWESTERN HEALTHCARE

Progress Notes

All notes

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Steven Mottl | (none) | Resident | 01/17/2008 1937 |

Resident History and Physical Examination

1/17/2008

Berenice Ventrella    88YO    female    xxx-xx-7386    Attg: Wahl,Michael S.

CC: infection

HPI: (hx per chart, pt unable to provide)
88YO female with history of MMP including demenita, CAD and DM that presents by EMS to GB ED after son notifed paramedics of possible infection in his mother. Pt lives at home with husband hwo is primary care giver for her and disabled son. He has been in the hospital and the son has ben taking care of her. Tonight she was found soiled in her feces and covered in urine. In ED pt was found to be hypotensive and hypothermic and placeed in bear hugger and given liter of warm saline. A foley was placed with cloudy urine retunred, she was treated emperically for UTI with dose of levaquin. Pt is delerius, but is able to answer some question appropriately, does not have any compliants.

ROS: pt denies all, ?validty of answer
Gen: -fever, -chills, -weakness, -fatigue, -decreased activity
Neuro: -headache, -occas dizzy, -foot numbness and tingling, -slurred speech, - bowel/bladder dysfunction, -visual loss
ENT: -sore throat, -discharge, -hearing loss
Eyes: -vision change, -blurriness, -eye pain, -discharge
Skeletal: -cervical pain, -thoracic pain, -lumbar pain, -joint pain
Cardiac: -chest pain, -palpitations, -cold sweats
Resp: -cough, -productive, -dyspnea, -wheezing
GI: -decrease appetite, -abdominal pain, -nausea, -vomiting, -watery diarrhea, -constipation, -melena, -BRBPR
GU: -flank pain, -dysuria, -frequency, -urgency
Skin: -rashes, -edema
Psych: -depression, -anxiety
Endo: -weight loss, -heat intolerance, -cold intolerance

Patient Active Problem List

| Diagnosis | Code |
|---|---|
| CONGESTIVE HEART FAILURE | 428.0 |
| DIABETES MELLITUS | 250 |
| BENIGN HYPERTENSION | 401.1 |
| CHR ISCHEMIC HRT DIS NOS | 414.9 |
| MITRAL/AORTIC STENOSIS | 396.0 |
| Urinary Tract Infection, Site not Specified | 599.0 |
| Hallucinations | 780.1 |
| Urinary Retention | 788.20B |

Past Medical History

| Diagnosis | Date |
|---|---|
| Accidental Fall from Bed | 2/2/03 |
| Shortness of Breath | 2000 |
| Unspecified Chronic Ischemic Heart Disease | 1999 |
| Diabetes Mellitus | 1990 |
| ACUTE MYOCARDIAL INFARCT (aka MYOCARDIAL) | 4/17/2003 |
| CONGESTIVE HEART FAILURE | 4/17/2003 |
| BACKACHE NOS (aka BACK PAIN) | 5/15/2003 |

Berenice Ventrella                                                                PROGRESS NOTE/Epic Enc# 21232944

| Author | Service | Author Type | Filed |
|---|---|---|---|

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Barry Scolnick | (none) | Social Worker | 01/18/2008 1020 |

Holy Lichtmann LCSW with the North Shore Senior Center has been notified of this pt., potential sr. abuse and the fact that she is in house. when she arrives in the ICU, she needs to be allowed to see this pt. she will then page me and we will discuss all issues.
Above reviewed with unit secty. Yogi.
Barry J. Scolnick LCSW
847-657-5778
Pager #7789

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Marie O'Connell | (none) | Registered Nurse | 01/18/2008 1021 |

Spoke with the patients listed POA, John, on the phone.
I updated him to condition.
I asked John to call the patient's primary care MD to inquire as to whether she is up to date on pneumovax and flu shot.

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Steven Mottl | (none) | Resident | 01/18/2008 1109 |

Resident History and Physical Examination

1/17/2008

Berenice Ventrella    88YO    female    xxx-xx-7386    Attg: Shapiro,Susan D.

HPI: (hx per chart, pt unable to provide)

88YO female with history of MMP including demenita, ICM (EF 28%) and DM that presents by EMS to GB ED after son notifed paramedics of possible infection in his mother. Pt lives at home with husband hwo is primary care giver for her and disabled son. He has been in the hospital and the son has ben taking care of her. Tonight she was found soiled in her feces and covered in urine. In ED pt was found to be hypotensive and hypothermic and placeed in bear hugger and given liter of warm saline. A foley was placed with cloudy urine retunred, she was treated emperically for UTI with dose of levaquin. Pt is delerius, but is able to answer some question appropriately, does not have any compliants.

ICU Course:
Pt was actively rewarmed with bear hugger and warm saline overnight to apporpriate temperature. BP responded to gentle IVF. There were no additional complications. This am pt pleasently demented and speaking to window. Denies any pain.

Active Problem List
Diagnoses

| | Code |
|---|---|
| • CONGESTIVE HEART FAILURE | 428.0 |
| • DIABETES MELLITUS | 250 |
| • BENIGN HYPERTENSION | 401.1 |
| • CHR ISCHEMIC HRT DIS NOS | 414.9 |
| • MITRAL/AORTIC STENOSIS | 396.0 |
| • Urinary Tract Infection, Site not Specified | 599.0 |
| • Hallucinations | 780.1 |
| • Urinary Retention | 788.20B |

Acct # (CPI+4) 0112936778017 / Adm Date 01/17/2008                                                    Page 5 of 68

| Author | Service | Author Type | Filed |
|---|---|---|---|

-will cont with levaquin D#2

-pt with 2/4 SIRS, nml lactate

-IVF to maintain UO of 30-40cc/h

-UCx and BCx

3) DM

-ISS

4) HTN/CAD

-will hold meds in setting of HTN

-DIGOX   <0.2   01/17/2008 ?still taking

5) Elder Neglect

-social work consult

Proph:

DVT: lovenox

Ulcer: not indicated

D/W Dr.Bellam
Steven Mottl, DO
3649

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Sheree B. Lipkis | (none) | Physician | 01/18/2008 1228 |

1/18/2008

S: Chart and situation reviewed. (I am covering for Dr Susan Shapiro. outpatient chart reveals she has hx of DM, CAD, hypertension, osteoarthritis, S/P vertebral compression fx, fx right humerus, dementia and hallucinations, and has been bedridden since March 07 after foot fractures.) PastSurg hx: right hunmerus repair (after fall 2003), cataracts, and partial hysterrectomy (ovaries remain)

Pt anwers all questions but not always with relevant answers. She denies any complaints now including chest pain, SOB, urine problems, or pain.

She was brought to ER yesterday afternon after allegedly lying in feces and old urine. Reportedly she is cared for at home by her son and husband but her husband as recently hospitalized at Glenbrook Hospital. She was found to have a urine infection, possible pneumonia and hypothermia and was admitted to ICU. I asked her if, if her heart were to stop would she want to be rescussitated and she said "NO"

O: