# EVANSTON NORTHWESTERN HEALTHCARE

| Admission | Admission Date | Admission Type | Discharge Date |
|---|---|---|---|
| | 9/14/2007 (Initial) | EMERGENCY | 9/20/2007 |

**Patient Demographics**

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| VENTRELLA, BERENICE | 011293677 | xxx-xx-7386 | Female | 3/18/1919 (88 yrs) |
| Address | Phone | EMail | Employer | |
| 2311 DORINA DR NORTHFIELD, IL 60093 | 847-441-7747(H) | | NONE | |
| Reg Status | PCP | Date Last Verified | Next Review Date | |
| VERIFIED | SHAPIRO, SUSAN D. 847-729-8833 | 5/13/2005 | | |

**Allergies: Problem List**

(No Known Allergies) Date Reviewed: 09/20/2007

| Problem | Noted | Resolved |
|---|---|---|
| ACUTE MYOCARDIAL INFARCT (aka MYOCARDIAL) [410] | 4/17/2003 by SHAPIRO, SUSAN D. | 5/15/2003 by SHAPIRO, SUSAN D. |
| CONGESTIVE HEART FAILURE [428.0]  Class: Active | 5/13/2005 by SHAPIRO, SUSAN D. | No |
| DIABETES MELLITUS [250]  Class: Active | 4/17/2003 by SHAPIRO, SUSAN D. | No |
| BACKACHE NOS (aka BACK PAIN) [724.5]  Class: Acute | 5/15/2003 by SHAPIRO, SUSAN D. | 5/17/2005 by SHAPIRO, SUSAN D. |
| BENIGN HYPERTENSION [401.1] | 9/30/2003 by WISDOM, PAULINE E | No |
| ACUTE RESPIRATORY FAILURE [518.81]  Class: Active | 5/13/2005 by INTERFACE, REG/ADT INCOMING | 9/17/2007 by SHAPIRO, SUSAN D. |
| CHR ISCHEMIC HRT DIS NOS [414.9] | 5/17/2005 by SHAPIRO, SUSAN D. | No |
| MITRAL/AORTIC STENOSIS [396.0] | 5/17/2005 by SHAPIRO, SUSAN D. | No |
| ED DIAGNOSIS [999998]  Comment: altered mental status | 9/14/2007 by INTERFACE, REG/ADT INCOMING | 9/17/2007 by SHAPIRO, SUSAN D. |
| Urinary Tract Infection, Site not Specified [599.0] | 9/14/2007 by INTERFACE, REG/ADT INCOMING | No |
| Hallucinations [780.1] | 9/17/2007 by SHAPIRO, SUSAN D. | No |
| Urinary Retention [788.20B]  Class: Acute | 9/17/2007 by SHAPIRO, SUSAN D. | No |

**Chief Complaint**

MENTAL STATUS CHANGES

**Reason for Admission**

ED DIAGNOSIS [999998]    altered mental status
Urinary Tract Infection, Site not Specified [599.0]

END OF REPORT

Ex. B

Consult Notes

All notes

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Sadiya Khan | (none) | Medical Student | 09/15/2007 1109 |

Note Status
Revised

Related Notes
Cosigned by : PATEL, SMITA at 09/15/2007 1229
Addendum by : PATEL, SMITA at 09/15/2007 1229

M3 Student Note (Neurology Consult)
Reason for consult: Mental status changes
Sources: patient and previous records

HPI:
This is a 88 year old female with PMH of DM, CHF, CAD, and ishcemic cardiomyopathy who presented to the ER for evaluation of acute mental status changes. Patient states that for the past five days she has been unable to sleep because of all the "commotion" with the angels, prior business partners, and dancing ocurring at home. Patient denies currently seeing any angels, but continues to question the presence of other people in the room and began talking to someone else during the interview. When asked who she was talking to, patient stated, "the 10 other people in the room". However, patient has history of cataracts and vision is grossly impaired. Patient denies any auditory hallucinations. On further questioning patient states that she has been seeing these angels for almost a year.
Patient is not able to get out of bed and according to the chart has not walked in over 6 months. Patient states that she had a fall 8 months, PT was attempted but not sucessfully completed because she did not like them. Patient states that she has a walker at home, but stays completely in bed, using a bedpan to relieve herself. Patient states that her diet is mostly liquid including oatmeal and juices.
Patient denies any active complaints and states that she was simply brought in to the ER for a "check-up" and would like to go home. Patient lives at home with her husband and son who care for her. Patient is actively involved in business deals concerning real estate exchanges and her business partner states that he has noticed any change in intelligence, concentration, or business sense.

PMH:
DM, CAD, Ischemic cardiomyopathy, CHF
2 prior MIs

PSH:
No past surgical history on file.

Allergies:
No Known Allergies.

Medications:
Lasix 40 mg QD
Potassium 10 mEq BID

Acct # (CPI+4) 0112936777257 / Adm Date 09/14/2007

Page 1 of 14

Coreg 25 mg BID
Humilin 70/30 7 U before breakfast and 3 U before dinner
Imdur 30 mg daily
Quinipril 20 mg BID
Aspirin Enteric-Coated TBEC 325 mg (ASPIRIN), 325 mg,
Ciprofloxacin 400 mg (CIPRO), 400 mg, Intravenous, NOW THEN Q24HR,
Heparin SOLN 5,000 Units (HEPARIN), 5000 Units, Subcutaneous, Q8HR, ALI, AMAN

Social History:
Patient lives with husband and son and is actively still involved in running her own business with partner dealing with real estate.

Physical Exam:

BP:
133/59

Pulse:
69

Temp:
98.1 F (36.7 C)

Resp:
16

Height:
4' 8" (1.422 m)

Weight:
99 lbs 8.0 oz (45.133 kg)

General: NAD
CV: rrr, no m/r/g, no peripheral edema, no carotid bruit
Lung: CTAB
Neuro:
Mental Status: alert and oriented to person, place, and time.
Tangential thought process with persistent visual hallucinations of people and angels in room. Recall 2/3 immediately and 2/3 at 5 minutes. MMSE showed deficits in concentration and memory and was unable to complete because patient is unable to see bilaterally due to cataracts.
CN II, III, IV, VI: patient unable to follow light, finger, but can point to where I am sitting; pupils equal and reactive to light.
CN V: mastication and sensation intact
CN VIII: hearing grossly intact to finger rub bilaterally
CN IX, X: palate strong and midline
CN XI: trapezius/scm 5/5
CN XII: tongue midline

Motor:
Tone normal and power diminished in LE 4/5 with atrophy of lower leg muscles; UE 5/5. No pronator drift, tremor, or rigidity. Arthritic changes noted in feet.
Sensory: decreased vibration and position sense in LE; intact sensation to pinprick, temperature and light touch. Babinski flexor responses bilaterally.
Reflexes:
2+ throughout
Coordination/Gait:
FTN performed with difficulty. Unable to get out of bed.

Impression:
1. Long term visual hallucinations, possibly exacerbated by recent UTI not consistent with dementia.

Plan:
1. Continue present management
2. Consider benzodiazepine for sleep if insomnia persists.

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Smita Patel | (none) | Physician | 09/15/2007 1229 |

Related Notes
Related note : KHAN, SADIYA at 09/15/2007 1109
Original Note : KHAN, SADIYA at 09/15/2007 1109


M3 Student Note (Neurology Consult)
Reason for consult: Mental status changes
Sources: patient and previous records
Requesting physician: Dr. Unger


HPI:
This is a 88 year old female with PMH of DM, CHF, CAD, and ishcemic cardiomyopathy who presented to the ER for evaluation of acute mental status changes. Patient states that for the past five days she has been unable to sleep because of all the "commotion" with the angels, prior business partners, and dancing ocurring at home. Patient denies currently seeing any angels, but continues to question the presence of other people in the room and began talking to someone else during the interview. When asked who she was talking to, patient stated, "the 10 other people in the room". However, patient has history of cataracts and vision is grossly impaired. Patient denies any auditory hallucinations. On further questioning patient states that she has been seeing these angels for almost a year.
Patient is not able to get out of bed and according to the chart has not walked in over 6 months. Patient states that she had a fall 8 months, PT was attempted but not sucessfully completed because she did not like them. Patient states that she has a walker at home, but stays completely

in bed, using a bedpan to relieve herself. Patient states that her diet is mostly liquid including oatmeal and juices.

Patient denies any active complaints and states that she was simply brought in to the ER for a "check-up" and would like to go home. Patient lives at home with her husband and son who care for her. Patient is actively involved in business deals concerning real estate exchanges and her business partner states that he has noticed any change in intelligence, concentration, or business sense.

PMH:
DM, CAD, Ischemic cardiomyopathy, CHF
2 prior MIs

PSH:
No past surgical history on file.

Allergies:
No Known Allergies.

Medications:
Lasix 40 mg QD
Potassium 10 mEq BID
Coreg 25 mg BID
Humilin 70/30 7 U before breakfast and 3 U before dinner
Imdur 30 mg daily
Quinipril 20 mg BID
Aspirin Enteric-Coated TBEC 325 mg (ASPIRIN), 325 mg,
Ciprofloxacin 400 mg (CIPRO), 400 mg, Intravenous, NOW THEN Q24HR,
Heparin SOLN 5,000 Units (HEPARIN), 5000 Units, Subcutaneous, Q8HR, ALI, AMAN

Social History:
Patient lives with husband and son and is actively still involved in running her own business with partner dealing with real estate.

Physical Exam:

BP:
133/59

Pulse:
69

Temp:
98.1 F (36.7 C)

Resp:
16

Related Notes

Height:
4' 8" (1.422 m)

Weight:
99 lbs 8.0 oz (45.133 kg)

General: NAD
CV: rrr, no m/r/g, no peripheral edema, no carotid bruit
Lung: CTAB
Neuro:
Mental Status: alert and oriented to person, place, and time. Tangential thought process with persistent visual hallucinations of people and angels in room. Recall 2/3 immediately and 2/3 at 5 minutes. MMSE showed deficits in concentration and memory and was unable to complete because patient is unable to see bilaterally due to cataracts.
CN II, III, IV, VI: patient unable to follow light, finger, but can point to where I am sitting; pupils equal and reactive to light.
CN V: mastication and sensation intact
CN VIII: hearing grossly intact to finger rub bilaterally
CN IX, X: palate strong and midline
CN XI: trapezius/scm 5/5
CN XII: tongue midline

Motor:
Tone normal and power diminished in LE 4/5 with atrophy of lower leg muscles; UE 5/5. No pronator drift, tremor, or rigidity. Arthritic changes noted in feet.
Sensory: decreased vibration and position sense in LE; intact sensation to pinprick, temperature and light touch. Babinski flexor responses bilaterally.
Reflexes:
2+ throughout
Coordination/Gait:
FTN performed with difficulty. Unable to get out of bed.

Impression:
1. Long term visual hallucinations, possibly exacerbated by recent UTI not consistent with dementia.

Plan:
1. Continue present management
2. Consider benzodiazepine for sleep if insomnia persists.
Sadiya Khan

I performed a history and physical examination of Berenice Ventrella and discussed her management with the medical student. I reviewed the student's note and agree with the documented findings and plan of care except where indicated

HPI:
requesting Physician: Dr. Unger
Reason for referral: MS changes with hallucinations
Source: patient and her husband over the phone

This is a an 88 year old lady with multiple medical problems who presents with 1 year to 6 months of hallucinations while at home. When talking to her husband if anything else is going on, he states, "no. just wanted to get her checked out." According to him, she is with it some days and not so clear other days. She has been sitting in her bed and usually gives orders to everyone. In the house, live her husband and son,Nick. Nick seems to be in charge of her medical care and gives her medications, etc. Angelo states he is in charge of the cleaning up. She has not been getting up to use the bathroom. Angelo gives her a sponge bath every now and then.
Nick takes care of the finances but her business partner John who was here to visit her this AM, states she has been pretty with it so far.
Angelo agrees that she seems to know her business stocks etc.
When I first walked in the room, Berenice was talking to herself or to angels. She waited for a response and seemed to answer back. She denies hearing her hallucinations but does admit to seeing her parents, other people. She never tres to chase them because she can not walk. She does not appear to be harmed by them. She does state that her sleep was poor because they keep her awake.
She has only one compliant and that is some pain in the right lower leg with palpation.
She is also aware she is in the hospital for the hallucinations.


Current hospital medications:
Pneumococcal (PNEUMOVAX) vaccine
ONCE

Sodium Chloride flush 3 mL
FLUSH PER PROTOCOL

Aspirin Enteric-Coated TBEC 325 mg (ASPIRIN)
DAILY

NaCl 0.9% (NaCl 0.9%)
INFUSION

Insulin Human 70/30 SUSP 7 Units (HUMULIN 70/30)
AC BREAKFAST

Insulin Human 70/30 SUSP 3 Units (HUMULIN 70/30)
AC DINNER

Insulin (Aspart) Correction Table (Novolog)
ACHS

Glucose CHEW 16 g (GLUCOSE)
Q15MINPRN

Dextrose SOLN 12.5-25 g (DEXTROSE)

Related Notes
Q15MINPRN

Glucagon SOLR 1 mg (GLUCAGEN)
Q15MINPRN

Ciprofloxacin 400 mg (CIPRO)
NOW THEN Q24HR

Furosemide TABS 40 mg (LASIX)
DAILY

Carvedilol TABS 25 mg (COREG)
BID

Isosorbide MONOnitrate TB24 30 mg (IMDUR)
DAILY

Quinapril TABS 20 mg (ACCUPRIL)
BID

Potassium Chloride TBCR 10 mEq (K-TAB)
BID

Heparin SOLN 5,000 Units (HEPARIN)
Q8HR

Past medical history: CHF, CAD, DM, ischemic cardiomyopathy
Past surgical hx: none
Family hx: non- contributory
Allergies: as noted in chart, epic
Social history: lives in her house for many years - now with her husband and her oldest son, Nick. She has a chair lift in her house but does not use and just stays in her bedroom. Denies alcohol or tobacco
Review of systems: All systems were discussed with the patient, including cardiac and respiratory, and were negative and as per HPI.

Vitals: BP 133/59 | Pulse 69 | Temp 98.1 F (36.7 C) | Resp 16 | Ht 4' 8" (1.422 m) | Wt 45.133 kg (99 lbs 8.0 oz)
Mental status:
1) Alert and orient x3, aware of past presidents in order until reagan.
She was able to name 14 animals in one minute. She is aware of what happened on 911 and recalls the tsunami and Katrina. She did not recall the name of the hurricane but knew it was a hurricane.
She was able to repeat 3 object and recalls 1/3 agter distraction. She was able to trails b until 10 J. She was abe to do serial 7's and spell world forwards and backwards. She could follow complex commands. She can not see very well and was not given a clock to draw or reading materials.
She was able to give history of her childhood and this was confirmed with her husband who admits the hx is correct.
She was slightly tagential but she was able to refocus.

General: dishelved appearance and uncombed hair. Slight smell to her as well. language and speech intact
Chest: clear to auscultation and percussion
Heart: regular rate and rhythm with normal S1 and S2

Neurologic:
CRANIAL NERVES:
Cranial Nerve II: Visual Fields can not be tested d/t bil cataracts and can only see shadows and light. Pupils equal round and reactive to light.
Cranial Nerves III, IV, VI: EOM full without dysconjugate gaze- able to follow light and commands to look right, left, up down. No nystagmus. No Ptosis
Cranial Nerve V: Mastication intact. Facial Sensation normal
Cranial Nerve VII: Face is symmetrical
Cranial Nerve VIII: Hearing grossly intact bilaterally to finger rub
Cranial Nerve IX, X: Palate elevation midline
Cranial Nerve XI: Sternocleidomastoid and Trapezius Muscles are symmetrical and normal in power
Cranial Nerve XII: Tongue protrudes midline without atrophy or fasciculations
MOTOR EXAM:
Good power in all four extremties with atrophy in bil distal extremities and lower extremities. No fasciculations. Tone is normal.
No tremor at rest, posture, or intention. No cogwheeling or rigidity.
RELFEXES:
Symmetrical hypoactive reflexes in the upper and lower extremities. No achilles reflexes bilaterally, no biceps reflex on right
Babinski Flexor response bilaterally
SENSATION:
Intact sensation to pin, and decreased vibration withdraws to painful stimuli
COORDINATION:
difficult to test as patient can not see instructions. She had difficulty finding her nose bilaterally. No obvious ataxia, Slight postural tremor bilaterally
GAIT and STANCE:
did not test as patient has not been walking in several months after a injury

Laboratories/ Imaging:
I reviewed pertinent labs in epic and CTOH in pacs personally

Impression/ recommendations:
1) Hallucinations - ongoing for at least the last 6 months to 1 year per family and business partner. Not contributing to harm to herself or others. If sleep affected by it, could consider a mild sedative for sleep such as temezapam or seroquel 12.5 mg. No other neurological signs to suggest dementia or parkinsonism( Lewy body disease) or stroke. She did fairly well on testing and perhaps got her at a good time. Her memory should probably be followed as an outpatient.
Per family she has been having hallucinations for some time now and they just wanted to get her checked out. UTI was found and could contribute to her fluctuation. Agree with UTI treatment.

2) Please call with concerns
3) Paged Dr. Unger to discuss above, will await call back.

Smita Patel, D.O.
Department of Neurology

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Smita Patel | (none) | Physician | 09/16/2007 1107 |

Procedure
1. NEUROLOGY CONSULT (IP) [83958776] ordered by ALI, AMAN at 09/14/07 2045

Neurology Attending Note

September 16, 2007

Patient seen this AM and again was seen to be talking to herself this Am. the coversation seemed approriate in that she was talking about how she can not really see weell due to her cataracts. She would not call herself blind because she can still see light. When i interuppted her talking, she did recall who I was based on voice. She states she recalls the 3 objects i asked her to remember yesterday spontaneously and was able to state all 3 correctly.
She has no complaints this AM and feels that she could go home. If she does not go home, she would be giving her husband and son a break and some rest,

All systems were discussed with the patient, including cardiac and respiratory, and were negative and as per HPI.

Current hospital medications:
Pneumococcal (PNEUMOVAX) vaccine
ONCE

Sodium Chloride flush 3 mL
FLUSH PER PROTOCOL

Aspirin Enteric-Coated TBEC 325 mg (ASPIRIN)
DAILY

NaCl 0.9% (NaCl 0.9%)
INFUSION

Insulin Human 70/30 SUSP 7 Units (HUMULIN 70/30)
AC BREAKFAST

Insulin Human 70/30 SUSP 3 Units (HUMULIN 70/30)

Procedure
  AC DINNER

  Insulin (Aspart) Correction Table (Novolog)
  ACHS

  Glucose CHEW 16 g (GLUCOSE)
  Q15MINPRN

  Dextrose SOLN 12.5-25 g (DEXTROSE)
  Q15MINPRN

  Glucagon SOLR 1 mg (GLUCAGEN)
  Q15MINPRN

  Ciprofloxacin 400 mg (CIPRO)
  NOW THEN Q24HR

  Furosemide TABS 40 mg (LASIX)
  DAILY

  Carvedilol TABS 25 mg (COREG)
  BID

  Isosorbide MONOnitrate TB24 30 mg (IMDUR)
  DAILY

  Quinapril TABS 20 mg (ACCUPRIL)
  BID

  Potassium Chloride TBCR 10 mEq (K-TAB)
  BID

  Heparin SOLN 5,000 Units (HEPARIN)
  Q8HR


  Vs: BP 137/56 | Pulse 72 | Temp 98.3 F (36.8 C) | Resp 20 | Ht 4' 8"
  (1.422 m) | Wt 97 lbs 12.8 oz (44.362 kg)
  Neuro exam unchanged from yesterday. and MS appears intact. No signs of
  fluctuation based on 2 visits with her and with medical student
  observations as well.


  Labs: reviewed in EPIC


  Impression/ recommendations:

  Hallucinations - ongoing for at least the last 6 months to 1 year per
  family and business partner. Not contributing to harm to herself or
  others. If sleep affected by it, could consider a mild sedative for sleep
  such as temezapam or seroquel 12.5 mg. No other neurological signs to
  suggest dementia or parkinsonism( Lewy body disease) or stroke. She did
  fairly well on testing. No signs of MS fluctuations. Her memory should
  probably be followed as an outpatient.
  Per family she has been having hallucinations for some time now and they
  just wanted to get her checked out. UTI was found and could contribute to
  her fluctuation. Agree with UTI treatment please call with changes



CONSULTATION NOTE/Epic Ext#h9670535

Procedure
Smita Patel, D.O.
Department of Neurology
Pager 2740

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Michael Shane McGuire | (none) | Physician | 09/17/2007 1430 |

CC: Berenice Ventrella (xxx-xx-7386), is a 88YO female referred by SUSAN SHAPIRO, MD for a consultation regarding retention.

HPI: Symptoms: incomplete emptying
Location: bladder
Duration: unknown
Associated findings: pyuria and confusion
Modifying factors: pvr 350cc

Past Medical History

ACCIDENTAL FALL FROM BED
2/2/03

SHORTNESS OF BREATH
2000

UNSPECIFIED CHRONIC ISCHEMIC HEART DISEASE
1999

DIABETES MELLITUS
1990

ACUTE MYOCARDIAL INFARCT(aka MYOCARDIAL)
4/17/2003

CONGESTIVE HEART FAILURE
4/17/2003

BACKACHE NOS(aka BACK PAIN)
5/15/2003

No past surgical history on file.

Meds:

Current hospital medications:
Insulin Human 70/30 SUSP 8 Units (HUMULIN 70/30)
AC BREAKFAST

Insulin Human 70/30 SUSP 4 Units (HUMULIN 70/30)
AC DINNER

Quetiapine TABS 12.5 mg (SEROQUEL)
QHS

Ciprofloxacin TABS 500 mg (CIPRO)
NOW THEN Q24HR

Insulin (Aspart) Correction Table (Novolog)
ACHS

Pneumococcal (PNEUMOVAX) vaccine
ONCE

Sodium Chloride flush 3 mL
FLUSH PER PROTOCOL

Aspirin Enteric-Coated TBEC 325 mg (ASPIRIN)
DAILY

NaCl 0.9% (NaCl 0.9%)
INFUSION

Glucose CHEW 16 g (GLUCOSE)
Q15MINPRN

Dextrose SOLN 12.5-25 g (DEXTROSE)
Q15MINPRN

Glucagon SOLR 1 mg (GLUCAGEN)
Q15MINPRN

Furosemide TABS 40 mg (LASIX)
DAILY

Carvedilol TABS 25 mg (COREG)
BID

Isosorbide MONOnitrate TB24 30 mg (IMDUR)
DAILY

Quinapril TABS 20 mg (ACCUPRIL)
BID

Potassium Chloride TBCR 10 mEq (K-TAB)
BID

Heparin SOLN 5,000 Units (HEPARIN)
Q8HR

Allergies:
Review of patient's allergies indicates no known allergies.

Social history:

Tobacco Use:
Never

Alcohol Use:
No

Family History
No family history on file.

REVIEW OF SYSTEMS:
Constitutional: - Fevers, - weight loss
eyes: - blindness, - diplopia

Physical exam:
Blood pressure 172/62, pulse 72, temperature 97.8 F (36.6 C), resp. rate 18, height 4' 8" (1.422 m), weight 45.450 kg (100 lbs 3.2 oz).
Gen Appearance Nl
Mood hallucinating
Skin Nl
Neck Nl
Resp Effort Nl
Peripheral Vasc Nl
Lymphatic Nl
Bldr/Kid Nl
Hernia Absent
Liver/Spleen Nl
Stool Not Indicated

CBC:
WBC   7.2   09/14/2007
RBC   4.30  09/14/2007
HGB   12.4  09/14/2007
HCT   36.3  09/14/2007
PLT   203   09/14/2007
BMG:

```
GLU    152  09/17/2007
NA     143  09/17/2007
K      3.6  09/17/2007
CL     110  09/17/2007
CO2    27   09/17/2007
BUN    31   09/17/2007
CREAT  1.0  09/17/2007
CA     8.7  09/17/2007
```

Urinalysis:
```
UACOL    YELLOW    09/14/2007
UAPP     CLEAR     09/14/2007
USPG     1.015     09/14/2007
PHU      6.0       09/14/2007
UAPROT   NEGATIVE  09/14/2007
GLUUR    NEGATIVE  09/14/2007
UAKET    NEGATIVE  09/14/2007
BILI     NEGATIVE  09/14/2007
URBLD    1+        09/14/2007
NITRITE  NEGATIVE  09/14/2007
UROBIL   0.2       09/14/2007
LEUKEST  3+        09/14/2007
MUCTHRU  NONE SEEN 09/14/2007
SQEPIUR  RARE      09/14/2007
BACTU    1+        09/14/2007
WBCURINE TNTC      09/14/2007
URBC     0-4       09/14/2007
```

ucx mixed flora
pvr 350cc

Impression: pyuria/ confusion/elevated pvr in elderly pt. Agree w/ treatment even though cx no specific organism. Would also check ct abd-stone protocol given pyuria. Would give decath trial in am post beginning treatment to evaluate incomplete emptying.

Plan: will follow

---

END OF REPORT

---