# PARKWAY BANK & TRUST COMPANY

4800 N Harlem Ave
Harwood Heights IL 60706-3506

Last statement: January 17, 2008
This statement: February 14, 2008
Total days in statement period: 29

Page 1 of 3
0002344645
(40)

Direct inquiries to:
888 498-9800

BERENICE VENTRELLA OR
NICHOLAS VENTRELLA OR JOHN TERZAKIS
OPERATING ACCOUNT
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
4800 N Harlem Ave
Harwood Heights IL 60706-3506

## Checking

| | | | | |
|---|---|---|---|---|
| Account number | 0002344645 | Beginning balance | | $0.00 |
| Enclosures | 40 | Total additions | | 450,589.76 |
| Average balance | $134,349.01 | Total subtractions | | 428,792.34 |
| | | Ending balance | | $21,797.42 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 501 | 02-08 | 250.00 | 522 | 02-06 | 72.10 |
| 504 * | 01-28 | 48.66 | 523 | 02-06 | 56.65 |
| 505 | 02-04 | 138.68 | 524 | 02-11 | 147.36 |
| 506 | 02-04 | 65.00 | 525 | 02-07 | 12.00 |
| 507 | 01-29 | 15,391.38 | 526 | 02-11 | 600.00 |
| 508 | 01-29 | 13.02 | 527 | 02-11 | 4,932.77 |
| 509 | 01-29 | 9,047.83 | 528 | 02-14 | 8,603.60 |
| 510 | 01-29 | 196.36 | 529 | 02-14 | 6,886.57 |
| 511 | 02-08 | 448.50 | 530 | 02-14 | 2,236.44 |
| 512 | 01-31 | 305.43 | 531 | 02-14 | 2,221.71 |
| 513 | 02-04 | 454.94 | 532 | 02-14 | 2,180.58 |
| 514 | 02-01 | 61.03 | 533 | 02-08 | 20,000.00 |
| 515 | 02-06 | 62.48 | 537 * | 02-13 | 260.00 |
| 516 | 02-01 | 117.10 | 9999 * | 01-22 | 221.04 |
| 517 | 02-04 | 31.21 | 9999 * | 01-23 | 169.22 |
| 518 | 01-31 | 250.00 | 9999 * | 01-23 | 1,116.82 |
| 519 | 02-05 | 9.10 | 9999 * | 01-24 | 253.70 |
| 520 | 02-06 | 30.00 | 9999 * | 01-25 | 205.46 |
| 521 | 02-08 | 1,343.58 | | | |

* Skip in check sequence

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 01-28 | Electronified Check | 69.42 |
| | AT&T Services CHECKPAYMT 080125 | |
| | 0502 | |

Ex. C

**PARKWAY BANK & TRUST COMPANY**

BERENICE VENTRELLA OR  
February 14, 2008

Page 2 of 3  
0002344645

| Date | Description | Subtractions |
|---|---|---|
| 01-29 | ' Transfer Debit | 250,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 01-29 | ' Preauthorized Debit | 97.10 |
| | DELUXE CHECK CHECK/ACC. 080129 | |
| 01-29 | ' Preauthorized Debit | 100.55 |
| | DELUXE CHECK CHECK/ACC. 080129 | |
| 01-30 | ' Electronified Check | 60.54 |
| | AT & T MOBILITY CHECK PYMT 080130 0503 | |
| 02-13 | ' Electronified Check | 21.41 |
| | Alliant-WPL CHECKPAYMT 080213 0535 | |
| 02-14 | ' Service Charge | 3.00 |
| | IFMS MANUAL TRANSF | |
| 02-14 | ' Transfer Debit | 100,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000260800 | |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 01-18 | Deposit | 300,000.00 |
| 02-04 | Deposit | 20,638.55 |
| 02-08 | Deposit | 29,951.21 |
| 02-14 | ' Ifms Manual Transfer | 100,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-18 | 300,000.00 | 01-29 | 23,069.44 | 02-06 | 41,993.73 |
| 01-22 | 299,778.96 | 01-30 | 23,008.90 | 02-07 | 41,981.73 |
| 01-23 | 298,492.92 | 01-31 | 22,453.47 | 02-08 | 49,890.86 |
| 01-24 | 298,239.22 | 02-01 | 22,275.34 | 02-11 | 44,210.73 |
| 01-25 | 298,033.76 | 02-04 | 42,224.06 | 02-13 | 43,929.32 |
| 01-28 | 297,915.68 | 02-05 | 42,214.96 | 02-14 | 21,797.42 |

# PARKWAY BANK & TRUST COMPANY

BERENICE VENTRELLA OR  
February 14, 2008

Page 3 of 3  
0002344645

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

# PARKWAY BANK & TRUST COMPANY
4800 N Harlem Ave
Harwood Heights IL 60706-3506

Last statement: February 14, 2008
This statement: March 13, 2008
Total days in statement period: 28

Page 1 of 2
0002344645
(12)

Direct inquiries to:
888 498-9800

BERENICE VENTRELLA OR
NICHOLAS VENTRELLA OR JOHN TERZAKIS
OPERATING ACCOUNT
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
4800 N Harlem Ave
Harwood Heights IL 60706-3506

## Checking

| | | | | |
|---|---|---|---|---|
| Account number | 0002344645 | Beginning balance | | $21,797.42 |
| Enclosures | 12 | Total additions | | 52,314.79 |
| Average balance | $31,561.05 | Total subtractions | | 42,739.45 |
| | | Ending balance | | $31,372.76 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 536 | 02-19 | 7,750.00 | 554 * | 02-21 | 272.08 |
| 539 * | 02-15 | 478.00 | 555 | 02-22 | 905.47 |
| 541 * | 02-19 | 52.27 | 556 | 02-21 | 150.90 |
| 543 * | 02-22 | 35.20 | 558 * | 02-22 | 499.00 |
| 550 * | 02-22 | 31,647.49 | | | |

* Skip in check sequence

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 02-19 | ' Electronified Check<br>Target Natl Bank CHECKPYMT 080219<br>0538 | 712.46 |
| 02-19 | ' Electronified Check<br>Groot Division - CHECK PYMT 080219<br>0540 | 184.96 |
| 02-19 | ' Electronified Check<br>AT&T Services CHECKPAYMT 080219<br>0542 | 51.62 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 02-19 | Deposit | 11,563.63 |
| 02-19 | Deposit | 31,647.49 |
| 02-25 | Deposit | 9,103.67 |



# PARKWAY BANK & TRUST COMPANY

BERENICE VENTRELLA OR
March 13, 2008

Page 2 of 2
0002344645

## DAILY BALANCES

| Date  | Amount    | Date  | Amount    | Date  | Amount    |
|-------|-----------|-------|-----------|-------|-----------|
| 02-14 | 21,797.42 | 02-19 | 55,779.23 | 02-22 | 22,269.09 |
| 02-15 | 21,319.42 | 02-21 | 55,356.25 | 02-25 | 31,372.76 |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 (1) Tell us your name and account number.
 (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
 (3) Tell us the date and the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

**PARKWAY BANK & TRUST COMPANY**
4800 N Harlem Ave
Harwood Heights IL 60706-3506

Last statement: March 13, 2008
This statement: April 10, 2008
Total days in statement period: 28

Page 1 of 1
0002344645
(0)

Direct inquiries to:
888 498-9800

BERENICE VENTRELLA OR
NICHOLAS VENTRELLA OR JOHN TERZAKIS
OPERATING ACCOUNT
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
4800 N Harlem Ave
Harwood Heights IL 60706-3506

## Checking

| | | | |
|---|---|---|---|
| Account number | 0002344645 | Beginning balance | $31,372.76 |
| Average balance | $31,372.76 | Total additions | .00 |
| | | Total subtractions | .00 |
| | | Ending balance | $31,372.76 |

** No activity this statement period **

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

**PARKWAY BANK & TRUST COMPANY**
4800 N Harlem Ave
Harwood Heights IL 60706-3506

Last statement: September 11, 2008
This statement: October 09, 2008
Total days in statement period: 28

Page 1 of 1
0002344645
(1)

Direct inquiries to:
888 498-9800

BERENICE VENTRELLA OR
NICHOLAS VENTRELLA OR JOHN TERZAKIS
OPERATING ACCOUNT
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
4800 N Harlem Ave
Harwood Heights IL 60706-3506

# Checking

| | | |
|---|---|---|
| Account number | 0002344645 | Beginning balance $31,372.76 |
| Enclosures | 1 | Total additions .00 |
| Average balance | $31,319.19 | Total subtractions 750.00 |
| | | Ending balance $30,622.76 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 5017 | 10-08 | 750.00 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-11 | 31,372.76 | 10-08 | 30,622.76 | | |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction. Also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

# PARKWAY BANK & TRUST COMPANY
4800 N Harlem Ave
Harwood Heights IL 60706-3506

428 MO   ##000339
BERENICE VENTRELLA OR
NICHOLAS VENTRELLA OR JOHN TERZAKIS
OPERATING ACCOUNT
2311 DORINA DR
NORTHFIELD IL 60093-2705

Last statement: January 08, 2009
This statement: February 12, 2009
Total days in statement period: 35

Page 1
0002344645
( 0)

Direct inquiries to:
888 498-9800

Parkway Bank & Trust Company
4800 N Harlem Ave
Harwood Heights IL 60706-3506

## Checking

| | | | |
|---|---|---|---|
| Account number | 0002344645 | Beginning balance | $30,622.76 |
| Average balance | $29,747.82 | Total additions | .00 |
| | | Total subtractions | 30,622.76 |
| | | Ending balance | $.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 02-12 | Transfer Debit | 30,622.76 |
| | TRANSFER TO DEPOSIT ACCOUNT 0002256924 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-08 | 30,622.76 | 02-12 | 0.00 | | |

L339 -564