## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT – CHANCERY DIVISION

| | | |
|---|---|---|
| JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA, | ) ) ) ) | **10CH21128** |
| PLAINTIFF, | ) ) | No. |
| v. | ) ) ) | |
| PARKWAY BANK AND TRUST COMPANY; MILWAUKEE DEERFIELD NORTH, LLC; and JOHN TERZAKIS, | ) ) ) ) | JURY DEMANDED |
| DEFENDANTS. | ) ) ) ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT
### AND EQUITABLE AND OTHER RELIEF

JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA, by and through his attorneys, GOULD & RATNER LLP, submits his Complaint against Defendants Parkway Bank & Trust Company, Milwaukee Deerfield North, LLC, and John Terzakis, and states as follows:

### COUNT I
### FRAUD AND DECEIT
#### (Against Terzakis and Milwaukee Deerfield North, LLC)

1.      This action concerns the fraudulent misappropriation and conversion of certain funds belonging to the Estate of Berenice Ventrella.

2.      Plaintiff Joseph Ventrella is an individual residing in Northfield, Illinois, and he is the Successor Independent Executor of the Estate of Berenice B. Ventrella ("Executor").

460274.3 82640.006

3.      On information and belief, John Terzakis ("Terzakis") is an individual residing in Hinsdale, Illinois.

4.      On information and belief, Milwaukee Deerfield North, LLC is an Illinois limited liability company.  On information and belief, Milwaukee Deerfield North, LLC was controlled by John Terzakis at all relevant times for the action herein.

5.      On information and belief, Parkway Bank and Trust Company ("Parkway Bank & Trust") is an Illinois banking corporation, with its principal place of business at Harwood Heights, Illinois.

6.      Defendant John Terzakis was indicted by a federal grand jury in San Jose, California on December 30, 2009.  According to the Department of Justice press release, Terzakis has been engaged in a Ponzi scheme related to certain real estate exchanges, and the Ponzi scheme apparently collapsed in July 2008.  (A copy of the Department of Justice press release is attached hereto as Exhibit 1.)

7.      On information and belief, John Terzakis has been a customer at Parkway Bank & Trust for over 25 years.

8.      On information and belief, on or around 2009, John Terzakis (in his individual name or through associated entities) had borrowed (or guaranteed) over $40 Million dollars from Parkway Bank & Trust.

9.      On information and belief, John Terzakis has engaged in at least one business venture with Mr. Rocco Suspenzi, the President and CEO of Parkway Bank & Trust.

10.     On January 25, 2008, Berenice Ventrella passed away.  Angelo Ventrella was the husband of Berenice Ventrella.

11.     In the years prior to her death, Berenice Ventrella's health declined significantly. On September 14, 2007, at age 88, Berenice Ventrella was admitted to the hospital for "mental status changes." She had been bedridden since having suffered a fall in January 2006. Prior to September 2007, she had been seeing hallucinations and speaking with imaginary people for nearly a year.

12.     On or around March 25, 2008, Angelo Ventrella was appointed by the Circuit Court of Cook County, Illinois, to be the Independent Executor of the Estate of Berenice Ventrella.

13.     During 2008-2009, Angelo Ventrella was 91 years of age and in poor mental and physical health such that on May 12, 2009 he was diagnosed as having severe dementia. As of May 2009, Mr. Ventrella was incapable of making personal and financial decisions, and he was not capable of protecting the financial interests of himself or others.

14.     A plenary guardian was appointed by the Circuit Court of Cook County for Angelo Ventrella as a disabled person on June 23, 2009, and he was succeeded by Joseph Ventrella as Executor of the Estate of Berenice Ventrella on June 24, 2009. Angelo Ventrella died on September 5, 2009.

15.     After the death of Berenice Ventrella, during the period approximately from February 2008 to July 2009, there was a certain bank account (account #2256924) held at Parkway Bank & Trust under the name of "Estate of Berenice Ventrella."

16.     During the time period of February 2008 to March 2009, there was also a certain bank account held at Parkway Bank & Trust under the name of "Milwaukee Deerfield North, LLC" and known as account #372420.

17.     On information and belief, during the period of March 2008 to March 2009, John Terzakis wrongfully transferred, or wrongfully caused to be transferred, approximately $7 Million dollars out of the Estate of Berenice Ventrella account #2256924 to the Milwaukee Deerfield North, LLC account #372420. (Copies of bank statements attached hereto as Group Exhibit 2.) On information and belief, Terzakis wrongfully misappropriated the remaining funds transferred out of the Estate's account.

18.     On information and belief, in 2008 and 2009, and after his alleged Ponzi scheme was collapsing, John Terzakis misappropriated and converted the funds belonging to the Estate of Berenice Ventrella, including but not limited to the unauthorized transfer of in excess of $7 Million dollars.

19.     On information and belief, Parkway Bank & Trust knew or should have known that John Terzakis was not authorized to direct the transfers out of the Estate's bank account.

20.     On or around June 24, 2009, Joseph Ventrella was appointed the successor Executor of the Estate of Berenice Ventrella by the Circuit Court of Cook County.

21.     On or around June 2009, Joseph Ventrella, as Executor of the Estate of Berenice Ventrella, requested copies of all bank statements or other records for any account held at Parkway Bank & Trust under the name of, or on behalf of, the Estate of Berenice Ventrella.

22.     In June 2009, Joseph Ventrella, as Executor of the Estate of Berenice Ventrella, orally informed Parkway Bank & Trust that these funds in the Estate's account held at Parkway Bank & Trust were transferred without authorization out of the Estate's account. Prior to that time, Angelo Ventrella, as prior Executor of the Estate, was incapable of understanding or protecting the interests of the Estate with respect to the bank account.

23.   On information and belief, Parkway Bank & Trust failed to investigate the unauthorized transfers.

24.   After being notified of the unauthorized transfers, Parkway Bank & Trust failed to report to the Executor regarding the transfers and failed to return the funds to the Estate's account.

25.   To date, Parkway Bank & Trust has refused to provide complete copies of the Estate's bank accounts held at Parkway Bank & Trust.

26.   Joseph Ventrella, as Executor of the Estate of Berenice Ventrella, has been forced to seek a Citation under the Probate Act against Parkway Bank & Trust, and such a Citation is currently pending in the Circuit Court of Cook County, Illinois under Case No. 08 P 811.

27.   This fraudulent and deceptive scheme orchestrated by John Terzakis is related to a fraudulent loan transaction involving certain real property located in Glenview, Illinois. The extended scope of Terzakis's fraudulent scheme is the subject of litigation pending in the Circuit Court of Cook County, Illinois, entitled *Joseph Ventrella, Trustee of the Berenice Ventrella Revocable Trust Dated May 27, 1993, et al. v. John Terzakis, et al.*, Case. No. 10 CH 18804.

28.   This fraudulent and deceptive scheme orchestrated by John Terzakis is also related to another fraudulent loan transaction involving certain real property located in Buffalo Grove, Illinois. The extended scope of Terzakis's fraudulent scheme is the subject of litigation pending in the Circuit Court of the 19th Judicial Circuit, Illinois, entitled *Parkway Bank & Trust Company v. Milwaukee Deerfield North, LLC, et al.*, Case No. 10 CH 754.

29.   Plaintiff Joseph Ventrella, as Executor of the Estate of Berenice Ventrella, has suffered and continues to suffer damage, including the costs of litigation, arising from Terzakis'

and Milwaukee Deerfield North, LLC's wrongful and deceptive conduct related to the Estate's funds held at Parkway Bank & Trust.

**WHEREFORE**, Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE VENTRELLA requests that judgment be entered in his favor and against Defendants John Terzakis and Milwaukee Deerfield North, LLC in an amount to be determined at trial, for his costs, and for such further relief as the Court deems just and equitable.

### COUNT II

### <u>CONVERSION</u>

**(Against Terzakis and Milwaukee Deerfield North, LLC)**

1-29.   Plaintiffs JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE VENTRELLA hereby incorporates the allegations of Count I of the Complaint as though stated herein as Paragraphs 1-29 of Count II.

**WHEREFORE**, Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE VENTRELLA requests that judgment be entered in their favor and against Defendants John Terzakis and Milwaukee Deerfield North, LLC in an amount to be determined at trial, for his costs, and for such further relief as the Court deems just and equitable.

### COUNT III

### <u>BREACH OF CONTRACT</u>

**(Against Parkway Bank & Trust Company)**

1-29.   Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA hereby incorporates the allegations of Count I of the Complaint as though stated herein as Paragraphs 1-29 of Count III.

30.     Parkway Bank & Trust Company and the Estate of Berenice Ventrella (Angelo Ventrella, Executor) entered into an agreement whereby a bank account was established at Parkway Bank & Trust for the Estate of Berenice Ventrella, Angelo Ventrella as Executor, under bank account #2256924.

31.     Parkway Bank & Trust had a duty to the Estate and its Executor not to permit unauthorized transfers and debits of Estate's bank account.  Parkway Bank & Trust breached its duties to the Estate of Berenice Ventrella and its Executor by permitting unauthorized transfers and debits of the Estate's bank account.

32.     Executor has performed all of his obligations under the deposit account agreement.

33.     Executor has been damaged by Parkway Bank & Trust's breaches insofar as the Estate's account has lost in excess of $7 Million dollars.

**WHEREFORE**, Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA request that judgment be entered in his favor and against Defendant Parkway Bank & Trust Company (a) in an amount to be determined at trial, (b) for his costs, and (c) for such further relief as the Court deems just and equitable.

**COUNT IV**

**<u>NEGLIGENCE</u>**

**(Against Parkway Bank & Trust Company)**

1-29.   Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA hereby incorporates the allegations of Count I of the Complaint as though stated herein as Paragraphs 1-29 of Count IV.

30.    Parkway Bank & Trust Company and the Estate of Berenice Ventrella (Angelo Ventrella, Executor) entered into an agreement whereby a bank account was established at Parkway Bank & Trust for the Estate of Berenice Ventrella, Angelo Ventrella as Executor, under bank account #2256924.

31.    Parkway Bank & Trust had a duty to the Estate and its Executor not to permit unauthorized transfers and debits of Estate's bank account.  Parkway Bank & Trust breached its duties to the Estate of Berenice Ventrella and its Executor by permitting unauthorized transfers and debits of the Estate's bank account.

32.    On information and belief, Parkway Bank & Trust was negligent insofar as it failed to ensure that no unauthorized transfers or debits of the Estate's bank accounts were made.

33.    Executor has been damaged by Parkway Bank & Trust's breaches insofar as the Estate's account has lost in excess of $7 Million dollars.

**WHEREFORE**, Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA request that judgment be entered in his favor and against Defendant Parkway Bank & Trust Company (a) in an amount to be determined at trial, (b) for his costs, and (c) for such further relief as the Court deems just and equitable.

**COUNT V**

**ACCOUNTING**

**(Against Parkway Bank & Trust Company)**

1-29.    Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE VENTRELLA hereby incorporates the allegations of Count I of the Complaint as though stated herein as Paragraphs 1-29 of Count V.

30.    Executor therefore seeks, and is due, a full and complete accounting from Parkway Bank & Trust regarding the Estate's bank accounts held at Parkway Bank & Trust.

**WHEREFORE**, Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA requests that judgment be entered in his favor and against Defendant Parkway Bank & Trust Company and (a) enjoining Parkway Bank & Trust to provide an accounting of all of the Estate's accounts held at Parkway Bank and returning any funds belonging to the Estate, (b) for his costs, and (c) for such further relief as the Court deems just and equitable.

**COUNT VI**

**BREACH OF FIDUCIARY DUTY**

**(Against Parkway Bank & Trust Company)**

1-29.   Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA hereby incorporates the allegations of Count I of the Complaint as though stated herein as Paragraphs 1-29 of Count VI.

30.    Parkway Bank & Trust Company and the Estate of Berenice Ventrella (Angelo Ventrella, Executor) entered into an agreement whereby a bank account was established at Parkway Bank & Trust for the Estate of Berenice Ventrella, Angelo Ventrella as Executor, under bank account #2256924.

31.    On information and belief, Parkway Bank & Trust knew or should have known that Angelo Ventrella, Executor of the Estate, reposed special trust and confidence in Parkway Bank & Trust with respect to the Estate's bank accounts.

32.    Parkway Bank & Trust had a duty to the Estate and its Executor not to permit unauthorized transfers and debits of Estate's bank account.  Parkway Bank & Trust breached its

duties to the Estate of Berenice Ventrella and its Executor by permitting unauthorized transfers
and debits of the Estate's bank account.

33.     Executor has been damaged by Parkway Bank & Trust's breaches insofar as the
Estate's account has lost in excess of $7 Million dollars.

**WHEREFORE**, Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF
BERENICE B. VENTRELLA request that judgment be entered in his favor and against
Defendant Parkway Bank & Trust Company (a) in an amount to be determined at trial, (b) for his
costs, and (c) for such further relief as the Court deems just and equitable.

### COUNT VII

### DECLARATORY JUDGMENT

#### (Against Parkway Bank & Trust Company)

1-29.   Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF
BERENICE B. VENTRELLA hereby incorporates the allegations of Count I of the Complaint as
though stated herein as Paragraphs 1-29 of Count VII.

30.     Parkway Bank & Trust Company and the Estate of Berenice Ventrella (Angelo
Ventrella, Executor) entered into an agreement whereby a bank account was established at
Parkway Bank & Trust for the Estate of Berenice Ventrella, Angelo Ventrella as Executor, under
bank account #2256924.

31.     Parkway Bank & Trust had a duty to the Estate and its Executor not to permit
unauthorized transfers and debits of Estate's bank account.  Parkway Bank & Trust breached its
duties to the Estate of Berenice Ventrella and its Executor by permitting unauthorized transfers
and debits of the Estate's bank account.

32.     Executor has been damaged by Parkway Bank & Trust's breaches insofar as the Estate's account has lost in excess of $7 Million dollars.

**WHEREFORE**, Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA request that judgment be entered in his favor and against Defendant Parkway Bank & Trust Company (a) in an amount to be determined at trial, (b) declaring that Parkway Bank & Trust has breached its duties with respect to the Estate's bank account, (c) for his costs, and (d) for such further relief as the Court deems just and equitable.

## COUNT VIII

### VIOLATION OF 15 U.S.C. §1693

#### (Against Parkway Bank & Trust Company)

1-29.   Plaintiffs JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA hereby incorporates the allegations of Count I of the Complaint as though stated herein as Paragraphs 1-29 of Count VIII.

30.     Parkway Bank & Trust Company and the Estate of Berenice Ventrella (Angelo Ventrella, Executor) entered into an agreement whereby a bank account was established at Parkway Bank & Trust for the Estate of Berenice Ventrella, Angelo Ventrella as Executor, under bank account #2256924.

31.     Parkway Bank & Trust had a duty to the Estate and its Executor not to permit unauthorized transfers and debits of Estate's bank account.  Parkway Bank & Trust breached its duties to the Estate of Berenice Ventrella and its Executor by permitting unauthorized transfers and debits of the Estate's bank account.

32.     Executor has been damaged by Parkway Bank & Trust's breaches insofar as the Estate's account has lost in excess of $7 Million dollars.

33.     As set forth above, Parkway Bank & Trust violated the requirements of 15 U.S.C. §1693f and §1693g.

34.     Pursuant to 15 U.S.C. §1693m, Plaintiff requests relief as set forth below.

**WHEREFORE,** Plaintiff JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA requests that judgment be entered in his favor and against Defendant Parkway Bank & Trust Company (a) in an amount to be determined at trial, (b) for his costs, (c) for his attorney's fees, and (d) for such further relief as the Court deems just and equitable.

JOSEPH VENTRELLA, EXECUTOR OF THE
ESTATE OF BERENICE B. VENTRELLA


By: _____
          One of his attorneys


GOULD & RATNER LLP
Paul W. Carroll
Eric P. Sparks
222 North LaSalle Street
Suite 800
Chicago, Illinois  60601
(312) 236-3003
Firm No. 04018

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

| | |
|---|---|
| JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA, )<br><br>PLAINTIFF, )<br><br>v. )<br><br>PARKWAY BANK AND TRUST COMPANY; MILWAUKEE DEERFIELD NORTH, LLC; and JOHN TERZAKIS, )<br><br>DEFENDANTS. ) | No.<br><br>JURY DEMANDED |

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (B)

Pursuant to Supreme Court Rule 222 (B), counsel for the Plaintiff certifies that Plaintiff seeks money damages in excess of Fifty Thousand Dollars ($50,000.00).

JOSEPH VENTRELLA, EXECUTOR OF THE ESTATE OF BERENICE B. VENTRELLA

By: _____
One of his attorneys

GOULD & RATNER LLP
Paul W. Carroll
Eric P. Sparks
222 North LaSalle Street
Suite 800
Chicago, Illinois 60601
(312) 236-3003
Firm No. 04018

460590.1 82640.006

# EXHIBIT 1



# United States Department of Justice

### United States Attorney Joseph P. Russoniello
### Northern District of California

11th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
(415) 436-7200
FAX: (415) 436-7234

FOR IMMEDIATE RELEASE
JANUARY 6, 2010
WWW.USDOJ.GOV/USAO/CAN

CONTACT: Jack Gillund
(415) 436-6599
Jack.Gillund@usdoj.gov

## OWNERS OF VESTA STRATEGIES INDICTED FOR $25 MILLION PONZI SCHEME

### *Indictment Alleges John Terzakis And Robert Estupinian Used Vesta To Steal Clients' Section 1031 Exchange Deposits*

SAN JOSE, Calif. – John D. Terzakis, of Hinsdale, Ill., and Robert E. Estupinian, of San Jose, Calif., were arraigned today in federal court for 12 felony counts of wire fraud, money laundering, and conspiracy to commit wire fraud and money laundering, in an indictment that accused the pair of operating their company, Vesta Strategies, as a Ponzi-scheme, United States Attorney Joseph P. Russoniello announced that .

A federal grand jury in San Jose, indicted Terzakis and Estupinian on Dec. 30, 2009. According to the indictment, Terzakis, 52, was the majority owner of Vesta Strategies ("Vesta") and controlled its business activities. Estupinian, 47, was the former Chief Executive Officer and minority owner of Vesta until approximately December, 2007. Vesta, based in San Jose, was a qualified intermediary for the purpose of conducting tax-deferred real estate exchanges pursuant to Internal Revenue Service Code Section 1031 (26 U.S.C. § 1031). In general, a Section 1031 exchange allows taxpayers to avoid paying tax on capital gains by depositing the proceeds from an investment real estate sale, that would otherwise qualify as a taxable capital gain, with a qualified intermediary for up to 180 days. Under Section 1031, if the taxpayer purchases another investment property within those 180 days, the proceeds from the first sale may be rolled over into the new investment without being taxed as capital gains.

The indictment alleges that Terzakis and Estupinian solicited and caused others to solicit prospective clients to deposit funds with Vesta based upon, among other false representations and promises, the promise that Vesta would hold those deposits and return them as promised. Instead, the defendants stole client funds for their own use, and also that they used new client deposits to pay redemptions owed to earlier clients.

Shortly before the collapse of the scheme in July 2008, Terzakis and Estupinian sued each other in federal court in San Jose, blaming one another for misappropriating Vesta client deposits. The case number for those matters is C 07-06216 JW. In August, 2009, a federal civil class action was filed in San Jose federal court against Terzakis, Estupinian and others by the Vesta clients alleging misappropriation of client funds. That matter, case number C 09-02388 JW, is also pending.

Terzakis was arrested in Hinsdale on Jan. 6, 2010, and made his initial appearance in federal court in Chicago on that same date. He is currently in home confinement with electronic monitoring. Terzakis' next scheduled appearances are on Jan. 13, 2010 in Chicago for further bail proceedings, and on Jan. 28, 2010, in San Jose federal court for further case proceedings before Magistrate Judge Patricia V.

Trumbull.

Estupinian was arrested in San Jose on January 6, 2010, and made his initial appearance in federal court in San Jose on that same date. He is currently in home confinement with electronic monitoring, secured by a $1 million bond. His next scheduled appearance is at 10 a.m. on Jan. 20, 2010, in San Jose federal court for further bail proceedings before Magistrate Judge Trumbull.

The maximum statutory penalty for each count of wire fraud and conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349, respectively, is 20 years imprisonment, a fine of $250,000 or twice the gross gain or twice the gross loss to any victim, and restitution. The maximum statutory penalty for each count of money laundering, and conspiracy to launder monetary instruments, in violation of 18 U.S.C. §§ 1957 and 1956(h), respectively, is 10 years imprisonment, and a fine of $250,000 or twice the amount of the criminally derived property involved in the transaction. The government is also seeking forfeiture from the defendants in the amount of $24,633,341.34. However, any sentence following conviction would be imposed by the court after consideration of the U.S. Sentencing Guidelines and the federal statute governing the imposition of a sentence, 18 U.S.C. § 3553.

Daniel Kaleba is the Assistant U.S. Attorney who is prosecuting the case with the assistance of Susan Kreider. The prosecution is the result of an investigation by the Federal Bureau of Investigation.

Please note, an indictment contains only allegations against an individual and, as with all defendants, Terzakis and Estupinian must be presumed innocent unless and until proven guilty.

**Further Information:**

Case #: CR 09-01212 JF

A copy of this press release may be found on the U.S. Attorney's Office's website at www.usdoj.gov/usao/can.

Electronic court filings and further procedural and docket information are available at https://ecf.cand.uscourts.gov/cgi-bin/login.pl.

Judges' calendars with schedules for upcoming court hearings can be viewed on the court's website at www.cand.uscourts.gov.

All press inquiries to the U.S. Attorney's Office should be directed to Jack Gillund at (415) 436-6599 or by email at Jack.Gillund@usdoj.gov.

This site does not contain all press releases or court filings and is not an official record of proceedings. Please contact the Clerk of Courts for the United States District Court for official copies of documents and public information.

###

# EXHIBIT 2

# PARKWAY BANK & TRUST COMPANY
40 N Waukegan Road
Deerfield IL 60015

Last statement: March 10, 2008
This statement: April 04, 2008
Total days in statement period: 26

Page 1 of 3
0002256924
(0)

Direct inquiries to:
888 498-9800

ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

| Account number | 0002256924 | Beginning balance | $0.00 |
|---|---|---|---|
| Average balance | $130,053.50 | Total additions | 1,557,360.91 |
| | | Total subtractions | 1,056,403.86 |
| | | Ending balance | $500,957.05 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 534 | 03-07 | 327.24 | 2020 | 03-26 | 66.05 |
| 545 * | 03-07 | 37,637.99 | 2022 * | 03-27 | 277.70 |
| 547 * | 03-07 | 18,130.00 | 2023 | 03-26 | 18,095.66 |
| 551 * | 03-11 | 39,884.68 | 2025 * | 04-04 | 149.96 |
| 553 * | 03-07 | 448.50 | 2026 | 04-02 | 168.91 |
| 581 * | 03-13 | 720.00 | 2027 | 04-02 | 1,008.00 |
| 582 | 03-10 | 195.50 | 2028 | 04-01 | 1,008.00 |
| 583 | 03-11 | 4,932.77 | 2029 | 04-02 | 1.50 |
| 584 | 03-13 | 91.31 | 2035 * | 04-04 | 23.70 |
| 585 | 03-24 | 295.79 | 2036 | 04-03 | 9,686.25 |
| 586 | 03-10 | 260.00 | 5001 * | 03-07 | 1,666.72 |
| 2001 * | 03-20 | 1,006.11 | 5002 | 03-10 | 2,061.13 |
| 2002 | 03-24 | 24.00 | 5003 | 03-07 | 6,534.53 |
| 2003 | 03-26 | 45.82 | 5004 | 03-07 | 4,990.30 |
| 2004 | 03-24 | 351.60 | 5005 | 03-10 | 4,410.95 |
| 2006 * | 03-21 | 10.23 | 5006 | 03-10 | 4,410.95 |
| 2007 | 03-26 | 104.48 | 5007 | 03-07 | 4,410.95 |
| 2010 * | 03-25 | 47.00 | 5008 | 03-10 | 6,840.98 |
| 2011 | 03-25 | 248.32 | 5009 | 03-07 | 6,994.73 |
| 2012 | 03-26 | 285.35 | 5010 | 03-10 | 19,437.08 |
| 2013 | 03-26 | 158.36 | 5011 | 03-07 | 2,150.86 |
| 2014 | 03-25 | 126.08 | 5012 | 03-07 | 4,852.15 |
| 2015 | 03-27 | 595.90 | 5013 | 03-10 | 3,087.00 |
| 2016 | 03-26 | 114.55 | 9999 * | 03-13 | 29.48 |
| 2017 | 03-26 | 1,008.00 | 9999 * | 03-13 | 58.00 |
| 2018 | 03-25 | 1,008.00 | 9999 * | 03-13 | 700.00 |
| 2019 | 03-26 | 128.95 | 9999 * | 03-13 | 1,008.00 |

Ex.C

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
April 04, 2008

Page 2 of 3
0002256924

| Number | Date | Amount |
|--------|------|--------|
| 9999 * | 03-13 | 1,008.00 |
| 9999 * | 03-13 | 1,505.73 |
| 9999 * | 03-14 | 18.77 |
| 9999 * | 03-18 | 179.47 |
| 9999 * | 03-18 | 1,008.00 |
| 9999 * | 03-18 | 1,905.63 |
| 9999 * | 03-19 | 52.02 |
| 9999 * | 03-19 | 74.47 |
| 9999 * | 03-20 | 10.00 |
| 9999 * | 03-20 | 65.00 |
| 9999 * | 03-20 | 138.68 |
| 9999 * | 03-20 | 1,124.21 |
| 9999 * | 03-20 | 9,506.25 |
| 9999 * | 03-21 | 152,682.00 |
| 9999 * | 03-24 | 1,448.52 |
| 9999 * | 03-31 | 190.75 |
| 104001 * | 03-21 | 579.48 |
| 104002 | 03-21 | 514.04 |
| 104003 | 03-21 | 334.64 |

| Number | Date | Amount |
|--------|------|--------|
| 104004 | 03-18 | 173.88 |
| 104005 | 03-18 | 24.15 |
| 104006 | 03-18 | 993.96 |
| 104007 | 03-24 | 1,500.00 |
| 104008 | 03-17 | 72.86 |
| 104009 | 03-14 | 140.78 |
| 104010 | 03-17 | 71.50 |
| 104011 | 03-24 | 60.54 |
| 104014 * | 03-19 | 34.00 |
| 104016 * | 03-24 | 2,039.39 |
| 104017 | 03-24 | 31.36 |
| 104019 * | 03-19 | 86.54 |
| 104020 | 03-20 | 51.62 |
| 104021 | 03-24 | 133.53 |
| 104022 | 03-24 | 199.93 |
| 104023 | 03-25 | 50.00 |
| 104025 * | 04-04 | 492.09 |

* Skip in check sequence

## DEBITS

| Date | Description | Subtractions |
|------|-------------|--------------|
| 03-11 | Service Charge | 10.00 |
| | WIRE TRANS DOM INC | |
| 03-11 | Debit Memo | 500,000.00 |
| | TRANSFER TO 372420 PER PER JOHN TERZAKIS | |
| | REQUEST | |
| 03-12 | Phone/Online Tran-Dr | 60,000.00 |
| | TO ACC 00000260800DATE: 03-12-08 TIME: 11:10:36 | |
| 03-13 | Phone/Online Tran-Dr | 10,500.00 |
| | TO ACC 00000260800DATE: 03-13-08 TIME: 09:32:36 | |
| 03-14 | Phone/Online Tran-Dr | 95,000.00 |
| | TO ACC 00000260800DATE: 03-14-08 TIME: 11:21:31 | |
| 03-18 | Service Charge | 10.00 |
| | WIRE TRANS DOM INC | |
| 03-25 | Debit Memo | 66.00 |

## CREDITS

| Date | Description | Additions |
|------|-------------|-----------|
| 03-10 | Deposit | 253,060.37 |
| 03-11 | Deposit | 10,745.64 |
| 03-11 | Wire Trans Dom Inc | 500,000.00 |
| | INCOMING WIRE TRANSFER ORG: BERNICE B VENTRELLA NORTHF | |
| | IELD REF PHN 3/11/08 TRN 2509400071FETRN | |
| 03-13 | Deposit | 136,914.25 |
| 03-18 | Wire Trans Dom Inc | 210,267.35 |
| | FIRST MIDWEST BANKANGELO VENTRELLA | |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
April 04, 2008

Page 3 of 3
0002256924

| Date | Description | Additions |
|------|-------------|-----------|
| 03-24 | Deposit | 20,595.40 |
| 04-01 | Deposit | 5,958.12 |
| 04-02 | Deposit | 419,819.78 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-07 | -88,143.97 | 03-18 | 262,093.08 | 03-27 | 87,908.31 |
| 03-10 | 124,212.81 | 03-19 | 261,846.05 | 03-31 | 87,717.56 |
| 03-11 | 90,131.00 | 03-20 | 249,944.18 | 04-01 | 92,667.68 |
| 03-12 | 30,131.00 | 03-21 | 95,823.79 | 04-02 | 511,309.05 |
| 03-13 | 151,424.73 | 03-24 | 110,334.53 | 04-03 | 501,622.80 |
| 03-14 | -56,265.18 | 03-25 | 108,789.13 | 04-04 | 500,957.05 |
| 03-17 | 56,120.82 | 03-26 | 88,781.91 | | |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the date and the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

# PARKWAY BANK & TRUST COMPANY
40 N Waukegan Road
Deerfield IL 60015

Page 1 of 3
0002256924
(0)

Direct inquiries to:
888 498-9800

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

Last statement: April 04, 2008
This statement: May 02, 2008
Total days in statement period: 28

ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

## Checking

| Account number | 0002256924 | | |
|---|---|---|---|
| Average balance | $1,214,666.41 | Beginning balance | $500,957.05 |
| | | Total additions | 4,185,820.87 |
| | | Total subtractions | 3,737,047.90 |
| | | Ending balance | $949,730.02 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2008 | 04-10 | 448.50 | 2055 | 04-21 | 201.57 |
| 2009 | 05-01 | 10.00 | 2056 | 04-18 | 44.88 |
| 2021 * | 04-11 | 300.00 | 2057 | 04-17 | 35.27 |
| 2024 * | 04-18 | 220.00 | 2058 | 04-21 | 147.46 |
| 2030 * | 04-09 | 355.09 | 2059 | 04-18 | 1,650.00 |
| 2031 | 04-07 | 513.86 | 2060 | 04-21 | 93.28 |
| 2032 | 04-07 | 472.74 | 2061 | 04-21 | 1,296.00 |
| 2033 | 04-11 | 78.00 | 2062 | 04-21 | 720.00 |
| 2034 | 04-10 | 78.00 | 2063 | 04-23 | 180.00 |
| 2037 * | 04-07 | 50.54 | 2064 | 04-23 | 1,133.81 |
| 2038 | 04-08 | 7.28 | 2065 | 04-25 | 144.77 |
| 2039 | 04-08 | 9,808.22 | 2067 * | 04-22 | 7.76 |
| 2040 | 04-08 | 1,008.00 | 2068 | 04-24 | 9,047.83 |
| 2041 | 04-08 | 1,008.00 | 2070 * | 04-28 | 975.00 |
| 2042 | 04-08 | 112.76 | 2071 | 04-25 | 60.65 |
| 2043 | 04-08 | 260.00 | 2072 | 04-25 | 88.87 |
| 2044 | 04-09 | 250.00 | 2073 | 04-25 | 118.82 |
| 2045 | 04-10 | 44.77 | 2074 | 04-25 | 62.26 |
| 2046 | 04-14 | 316.26 | 2075 | 04-25 | 61.92 |
| 2047 | 04-11 | 19.38 | 2076 | 04-25 | 94.66 |
| 2048 | 04-11 | 47.98 | 2077 | 04-28 | 1,296.00 |
| 2049 | 04-10 | 4,932.77 | 2078 | 04-28 | 720.00 |
| 2050 | 04-11 | 90.00 | 2079 | 04-28 | 83.19 |
| 2051 | 04-16 | 35.20 | 2080 | 04-30 | 500.78 |
| 2052 | 04-15 | 1,008.00 | 2081 | 05-01 | 22.49 |
| 2053 | 04-15 | 1,008.00 | 10413 * | 04-10 | 125.00 |
| 2054 | 04-15 | 55.73 | 10418 * | 04-10 | 19.77 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
May 02, 2008

Page 2 of 3
0002256924

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 104024 * | 04-07 | 10.00 | 104041 | 04-24 | 1,250.00 |
| 104026 * | 04-07 | 50.00 | 104042 | 04-28 | 15,000.00 |
| 104027 | 04-08 | 35.90 | 104043 | 04-28 | 10,000.00 |
| 104028 | 04-08 | 30.90 | 104044 | 04-28 | 1,000.00 |
| 104029 | 04-08 | 52.19 | 104045 | 04-28 | 3,000.00 |
| 104030 | 04-07 | 215.52 | 104046 | 04-28 | 12,500.00 |
| 104031 | 04-07 | 368.00 | 104047 | 04-28 | 500.00 |
| 104032 | 04-07 | 135.37 | 104048 | 04-28 | 1,000.00 |
| 104033 | 04-15 | 342.74 | 104049 | 04-28 | 500.00 |
| 104034 | 04-15 | 1,338.68 | 104050 | 04-29 | 3,000.00 |
| 104035 | 04-23 | 200.00 | 104051 | 04-28 | 2,000.00 |
| 104036 | 04-17 | 1,338.68 | 104052 | 04-28 | 250.00 |
| 104037 | 04-22 | 1,452.00 | 104054 * | 05-01 | 2,125.00 |
| 104038 | 04-24 | 75,000.00 | 104055 | 05-01 | 133.00 |
| 104039 | 04-25 | 1,000.00 | | | |
| 104040 | 04-24 | 4,000.00 | | | |

* Skip in check sequence

DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-07 | Phone/Online Tran-Dr | 400,000.00 |
| | TO ACC 00000260800DATE: 04-07-08 TIME: 10:27:12 | |
| 04-11 | Phone/Online Tran-Dr | 200,000.00 |
| | TO ACC 00000260800DATE: 04-11-08 TIME: 09:20:16 | |
| 04-15 | Service Charge | 10.00 |
| | WIRE TRANS DOM INC | |
| 04-17 | Transfer Debit | 300,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 04-21 | Service Charge | 10.00 |
| | WIRE TRANS DOM INC | |
| 04-21 | Service Charge | 10.00 |
| | WIRE TRANS DOM INC | |
| 04-22 | Service Charge | 10.00 |
| | WIRE TRANS DOM INC | |
| 04-22 | Transfer Debit | 250,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 04-23 | Service Charge | 10.00 |
| | WIRE TRANS DOM INC | |
| 04-28 | Transfer Debit | 2,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000376183 | |
| 04-28 | Transfer Debit | 5,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000376175 | |
| 04-28 | Transfer Debit | 750,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 05-01 | Transfer Debit | 250,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 05-01 | Transfer Debit | 1,400,700.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
May 02, 2008

Page 3 of 3
0002256924

## CREDITS

| Date | Description | Additions |
|------|-------------|-----------|
| 04-08 | Deposit | 5,267.34 |
| 04-10 | Deposit | 192,885.31 |
| 04-15 | Deposit | 33,605.46 |
| 04-15 | Wire Trans Dom Inc | 310,981.55 |
| | JPMORGAN CHASE ANGELO VENTRELLA | |
| 04-17 | Deposit | 9,440.00 |
| 04-17 | Credit Memo | 3,000.00 |
| 04-18 | Deposit | 11,271.64 |
| 04-21 | Wire Trans Dom Inc | 143,746.70 |
| | NORTHERN TRUST MRS BERENICE VENTRELLA | |
| 04-21 | Wire Trans Dom Inc | 378,858.17 |
| | NORTHERN TRUST BERENICE VENTRELLATRUSTEE | |
| 04-22 | Deposit | 364,947.38 |
| 04-22 | Wire Trans Dom Inc | 2,631,505.12 |
| | NORTHERN CHGO BERENICE VENTRELLAREVOCABLE | |
| 04-23 | Wire Trans Dom Inc | 39,192.10 |
| | NORTHERN CHGO MR NICHOLAS J VENTRELLA | |
| 04-25 | Deposit | 47,378.43 |
| 04-29 | Deposit | 13,741.67 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-04 | 500,957.05 | 04-15 | 418,690.76 | 04-24 | 3,352,557.33 |
| 04-07 | 99,141.02 | 04-16 | 418,655.56 | 04-25 | 3,398,303.81 |
| 04-08 | 92,087.11 | 04-17 | 129,721.61 | 04-28 | 2,592,479.62 |
| 04-09 | 91,482.02 | 04-18 | 139,078.37 | 04-29 | 2,603,221.29 |
| 04-10 | 278,718.52 | 04-21 | 659,204.93 | 04-30 | 2,602,720.51 |
| 04-11 | 78,183.16 | 04-22 | 3,404,186.87 | 05-01 | 949,730.02 |
| 04-14 | 77,866.90 | 04-23 | 3,441,855.16 | | |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

# PARKWAY BANK & TRUST COMPANY
40 N Waukegan Road
Deerfield IL 60015

Page 1 of 3
0002256924
(0)

Direct inquiries to:
888 498-9800

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Last statement: May 02, 2008
This statement: June 06, 2008
Total days in statement period: 35

## Checking

| | |
|---|---|
| Account number | 0002256924 |
| Average balance | $582,394.53 |

| | |
|---|---|
| Beginning balance | $949,730.02 |
| Total additions | 1,066,830.71 |
| Total subtractions | 1,753,679.15 |
| Ending balance | $262,881.58 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2105 | 05-16 | 260.00 | 2132 | 06-02 | 1,296.00 |
| 2104 | 05-19 | 137.32 | 2131 | 06-03 | 339.41 |
| 2103 | 05-15 | 200.00 | 2130 | 06-03 | 274.49 |
| 2102 | 05-14 | 43.95 | 2129 | 06-04 | 448.50 |
| 2101 | 05-14 | 95.20 | 2128 | 05-29 | 176.41 |
| 2100 | 05-14 | 37.81 | 2127 | 05-30 | 313.94 |
| 2099 | 05-13 | 5,307.38 | 2126 | 05-30 | 58.08 |
| 2098 | 05-12 | 720.00 | 2125 | 05-29 | 34.15 |
| 2097 | 05-13 | 1,296.00 | 2124 | 05-27 | 53.48 |
| 2096 | 05-13 | 21.84 | 2123 | 05-27 | 92.38 |
| 2095 | 05-12 | 101.00 | 2122 | 05-23 | 119.17 |
| 2094 | 05-08 | 539.97 | 2121 | 05-28 | 720.00 |
| 2093 | 05-07 | 14.81 | 2120 | 05-23 | 1,296.00 |
| 2092 | 05-12 | 29.62 | 2119 | 05-22 | 77.57 |
| 2091 | 05-08 | 87.55 | 2118 | 05-23 | 109.02 |
| 2090 | 05-08 | 149.35 | 2117 | 05-22 | 111.64 |
| 2089 | 05-08 | 10,123.50 | 2116 | 05-28 | 9,047.83 |
| 2088 | 05-05 | 720.00 | 2115 | 05-23 | 63.91 |
| 2087 | 05-05 | 1,296.00 | 2114 | 05-19 | 130.15 |
| 2086 | 05-05 | 85.58 | 2113 | 05-23 | 720.60 |
| 2085 | 05-05 | 18.35 | 2112 | 05-21 | 114.69 |
| 2084 | 05-06 | 69.48 | 2111 | 05-19 | 54.45 |
| 2083 | 05-05 | 300.07 | 2110 | 05-19 | 720.00 |
| 2082 * | 05-05 | 177.25 | 2109 | 05-19 | 1,296.00 |
| 2069 * | 05-30 | 448.50 | 2108 | 05-20 | 203.35 |
| 2066 * | 05-30 | 207.07 | 2107 | 05-16 | 250.00 |
| 2005 | 05-20 | 246.12 | 2106 | 05-19 | 75.09 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
June 06, 2008

Page 2 of 3
0002256924

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 2133 | 06-02 | 720.00 | 104058 | 05-15 | 200.00 |
| 2135 * | 06-03 | 3,031.61 | 104059 | 05-20 | 1,338.68 |
| 2136 | 06-04 | 77.54 | 104060 | 06-04 | 19.54 |
| 2137 | 06-03 | 147.82 | 104061 | 06-03 | 5,582.38 |
| 2142 * | 06-06 | 5,179.41 | 104062 | 06-03 | 3,229.09 |
| 2143 | 06-06 | 2,491.59 | 104063 | 06-03 | 3,537.73 |
| 104057 * | 05-14 | 286.53 | * Skip in check sequence | | |

## DEBITS

| Date | Description | Subtractions |
|------|-------------|--------------|
| 05-05 | ' Transfer Debit | 400,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 05-06 | ' Service Charge | 3.00 |
| | IFMS MANUAL TRANSF | |
| 05-09 | ' Transfer Debit | 166,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 05-12 | ' Transfer Debit | 500,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 05-15 | ' Phone/Online Tran-Dr | 400,000.00 |
| | TO ACC 00000260800DATE: 05-15-08 TIME: 09:18:17 | |
| 06-05 | ' Transfer Debit | 221,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |

## CREDITS

| Date | Description | Additions |
|------|-------------|-----------|
| 05-05 | Deposit | 12,742.00 |
| 05-05 | Deposit | 24,276.75 |
| 05-06 | ' Ifms Manual Transfer | 562,413.96 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376590 | |
| 05-12 | Deposit | 14,520.59 |
| 05-16 | ' Phone/Online Tran-Cr | 400,000.00 |
| | FR ACC 00000260800DATE: 05-16-08 TIME: 10:51:56 | |
| 05-16 | Deposit | 11,271.64 |
| 05-27 | Deposit | 5,883.76 |
| 06-06 | Deposit | 35,722.01 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05-02 | 949,730.02 | 05-14 | 476,159.08 | 05-27 | 485,540.66 |
| 05-05 | 584,151.52 | 05-15 | 75,759.08 | 05-28 | 475,772.83 |
| 05-06 | 1,146,493.00 | 05-16 | 486,520.72 | 05-29 | 475,562.27 |
| 05-07 | 1,146,478.19 | 05-19 | 484,103.71 | 05-30 | 474,534.68 |
| 05-08 | 1,135,577.82 | 05-20 | 482,315.56 | 06-02 | 472,518.68 |
| 05-09 | 969,577.82 | 05-21 | 482,200.67 | 06-03 | 456,376.15 |
| 05-12 | 481,951.79 | 05-22 | 482,111.46 | 06-04 | 455,830.57 |
| 05-13 | 476,622.57 | 05-23 | 479,802.76 | 06-05 | 234,830.57 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
June 06, 2008

Page 3 of 3
0002256924

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06-06 | 262,881.58 | | | | |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(2) Tell us the date and the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

# PARKWAY BANK & TRUST COMPANY
40 N Waukegan Road
Deerfield IL 60015

Last statement: June 06, 2008
This statement: July 04, 2008
Total days in statement period: 28

Page 1 of 3
0002256924
(0)

Direct inquiries to:
888 498-9800

ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

| | | | |
|---|---|---|---|
| Account number | 0002256924 | Beginning balance | $262,881.58 |
| Average balance | $160,376.01 | Total additions | 325,064.00 |
| | | Total subtractions | 499,621.02 |
| | | Ending balance | $88,324.56 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2134 | 06-09 | 62.48 | 2165 | 06-23 | 239.95 |
| 2138 * | 06-12 | 7,593.75 | 2166 | 06-20 | 492.01 |
| 2139 | 06-09 | 1,296.00 | 2167 | 06-19 | 60.35 |
| 2140 | 06-09 | 720.00 | 2168 | 06-20 | 55.56 |
| 2141 | 06-19 | 110.29 | 2169 | 06-24 | 9,047.83 |
| 2144 * | 07-01 | 260.00 | 2170 | 06-24 | 448.50 |
| 2145 | 06-11 | 260.00 | 2171 | 06-20 | 1,296.00 |
| 2146 | 06-13 | 35.20 | 2172 | 06-24 | 720.00 |
| 2147 | 06-09 | 50.00 | 2173 | 07-02 | 1,500.00 |
| 2148 | 06-11 | 5,179.41 | 2174 | 07-01 | 60.36 |
| 2149 | 06-11 | 1,338.68 | 2175 | 06-27 | 1,308.00 |
| 2150 | 06-10 | 217.92 | 2176 | 06-26 | 137.92 |
| 2151 | 06-12 | 35.15 | 2177 | 06-25 | 78.32 |
| 2152 | 06-16 | 310.00 | 2178 | 06-27 | 160.62 |
| 2153 | 06-16 | 200.00 | 2179 | 06-26 | 76.09 |
| 2154 | 06-18 | 23.99 | 2180 | 06-25 | 17,644.58 |
| 2155 | 06-13 | 1,296.00 | 2181 | 06-27 | 1,296.00 |
| 2156 | 06-16 | 720.00 | 2182 | 06-30 | 720.00 |
| 2157 | 06-24 | 128.60 | 2183 | 07-02 | 84.81 |
| 2158 | 06-17 | 179.47 | 2185 * | 07-02 | 90.22 |
| 2159 | 06-17 | 1,299.27 | 2186 | 07-03 | 260.00 |
| 2160 | 06-18 | 1,961.44 | 2189 * | 07-03 | 107.61 |
| 2161 | 06-18 | 206.02 | 104064 * | 06-09 | 4,406.32 |
| 2162 | 06-19 | 118.37 | 104065 | 07-01 | 1,500.00 |
| 2163 | 06-20 | 156.82 | | | |
| 2164 | 06-18 | 58.58 | | | |

* Skip in check sequence

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
July 04, 2008

Page 2 of 3
0002256924

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 06-11 | ' Service Charge | 3.00 |
| | IFMS MANUAL TRANSF | |
| 06-11 | ' Transfer Debit | 200,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 06-16 | ' Transfer Debit | 75,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 06-18 | ' Preauthorized Debit | 103.53 |
| | DELUXE BUS SYS. BUS PRODS 080617 | |
| | 31704107 | |
| 06-26 | ' Transfer Debit | 100,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 07-02 | ' Service Charge | 3.00 |
| | IFMS MANUAL TRANSF | |
| 07-02 | ' Transfer Debit | 10,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 07-02 | ' Transfer Debit | 48,900.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 07-03 | ' Service Charge | 3.00 |
| | IFMS MANUAL TRANSF | |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 06-11 | ' Ifms Manual Transfer | 200,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | |
| 06-18 | Deposit | 15,374.69 |
| 06-19 | Deposit | 134.00 |
| 06-23 | Deposit | 11,271.64 |
| 07-02 | ' Ifms Manual Transfer | 10,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376167 | |
| 07-02 | Deposit | 28,283.67 |
| 07-03 | ' Ifms Manual Transfer | 60,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000372420 | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-06 | 262,881.58 | 06-17 | 162,678.93 | 06-26 | 56,294.51 |
| 06-09 | 256,346.78 | 06-18 | 175,700.06 | 06-27 | 53,529.89 |
| 06-10 | 256,128.86 | 06-19 | 175,545.05 | 06-30 | 52,809.89 |
| 06-11 | 249,347.77 | 06-20 | 173,544.66 | 07-01 | 50,989.53 |
| 06-12 | 241,718.87 | 06-23 | 184,576.35 | 07-02 | 28,695.17 |
| 06-13 | 240,387.67 | 06-24 | 174,231.42 | 07-03 | 88,324.56 |
| 06-16 | 164,157.67 | 06-25 | 156,508.52 | | |