# PARKWAY BANK & TRUST COMPANY
40 N Waukegan Road
Deerfield IL 60015

Last statement: July 04, 2008
This statement: August 01, 2008
Total days in statement period: 28

Page 1 of 3
0002256924
(0)

Direct inquiries to:
888 498-9800

ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

*FOR YOUR CONVENIENCE WE ARE MAILING YOU OUR NEW FEE SCHEDULE WHICH WILL BE EFFECTIVE SEPTEMBER 1, 2008.*

## Checking

*NO MONEY IN ACCOUNT* (handwritten)

| | | |
|---|---|---|
| Account number | 0002256924 | Beginning balance $88,324.56 |
| Average balance | $48,656.29 | Total additions 90,336.24 |
| | | Total subtractions 157,715.38 |
| | | Ending balance $20,945.42 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2184 | 07-07 | 62.48 | 2209 | 07-21 | 208.71 |
| 2187 * | 07-08 | 120.00 | 2210 | 07-18 | 77.79 |
| 2188 | 07-08 | 80.00 | 2211 | 07-18 | 1,296.00 |
| 2190 * | 07-07 | 1,296.00 | 2212 | 07-21 | 720.00 |
| 2191 | 07-07 | 720.00 | 2213 | 07-24 | 480.83 |
| 2192 | 07-14 | 119.23 | 2215 * | 07-22 | 138.47 |
| 2193 | 07-15 | 5,737.50 | 2216 | 07-23 | 61.92 |
| 2194 | 07-08 | 9,806.22 | 2217 | 07-24 | 92.29 |
| 2195 | 07-14 | 137.95 | 2218 | 07-25 | 14.92 |
| 2196 | 07-11 | 24.26 | 2219 | 07-31 | 448.50 |
| 2197 | 07-14 | 1,296.00 | 2220 | 07-24 | 187.47 |
| 2198 | 07-14 | 720.00 | 2221 | 07-29 | 60.46 |
| 2199 | 07-30 | 50.00 | 2222 | 07-31 | 138.68 |
| 2200 | 07-17 | 57.65 | 2223 | 07-31 | 65.00 |
| 2201 | 07-14 | 4,932.77 | 2224 | 07-25 | 176.19 |
| 2202 | 07-18 | 237.82 | 2225 | 07-25 | 209.69 |
| 2203 | 07-21 | 138.68 | 2226 | 08-01 | 120.00 |
| 2204 | 07-21 | 65.00 | 2227 | 07-25 | 1,296.00 |
| 2205 | 07-15 | 1,338.68 | 2228 | 07-28 | 720.00 |
| 2206 | 07-18 | 43.56 | 2229 | 07-28 | 77.84 |
| 2207 | 07-17 | 33.94 | 2232 * | 07-29 | 145.86 |
| 2208 | 07-15 | 206.46 | 2233 | 08-01 | 120.00 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
August 01, 2008

Page 2 of 3  
0002256924

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2234 | 08-01 | 80.00 | 2236 | 08-01 | 1,296.00 |
| 2235 | 07-31 | 49.56 | * Skip in check sequence | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-15 | ' Service Charge | 3.00 |
| | IFMS MANUAL TRANSF | |
| 07-15 | ' Service Charge | 3.00 |
| | IFMS MANUAL TRANSF | |
| 07-15 | ' Service Charge | 3.00 |
| | IFMS MANUAL TRANSF | |
| 07-15 | ' Transfer Debit | 40,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 07-16 | ' Transfer Debit | 40,500.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 07-17 | ' Transfer Debit | 22,700.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 07-29 | ' Transfer Debit | 19,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 07-10 | Deposit | 6,535.67 |
| 07-15 | ' Ifms Manual Transfer | 8,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376183 | |
| 07-15 | ' Ifms Manual Transfer | 12,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376175 | |
| 07-15 | ' Ifms Manual Transfer | 30,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376167 | |
| 07-16 | Deposit | 13,415.42 |
| 07-28 | Deposit | 20,385.15 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-04 | 88,324.56 | 07-16 | 51,169.10 | 07-25 | 22,932.17 |
| 07-07 | 86,246.08 | 07-17 | 28,377.51 | 07-28 | 42,519.48 |
| 07-08 | 76,239.86 | 07-18 | 26,722.34 | 07-29 | 23,313.16 |
| 07-10 | 82,775.53 | 07-21 | 25,589.95 | 07-30 | 23,263.16 |
| 07-11 | 82,751.27 | 07-22 | 25,451.48 | 07-31 | 22,561.42 |
| 07-14 | 75,545.32 | 07-23 | 25,389.56 | 08-01 | 20,945.42 |
| 07-15 | 78,253.68 | 07-24 | 24,628.97 | | |

# PARKWAY BANK & TRUST COMPANY
40 N Waukegan Road
Deerfield IL 60015

Last statement: August 01, 2008
This statement: September 05, 2008
Total days in statement period: 35

Page 1 of 3
0002256924
(0)

Direct inquiries to:
888 498-9800

ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

| | | |
|---|---|---|
| Account number | 0002256924 | Beginning balance $20,945.42 |
| Average balance | $144,240.59 | Total additions 715,731.44 |
| | | Total subtractions 565,119.24 |
| | | Ending balance $171,557.62 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2214 | 08-05 | 260.00 | 2261 | 08-18 | 720.00 |
| 2230 * | 08-04 | 6.00 | 2262 | 08-22 | 500.00 |
| 2231 | 08-04 | 62.16 | 2263 | 08-19 | 162.80 |
| 2237 * | 08-04 | 720.00 | 2264 | 08-21 | 485.32 |
| 2238 | 08-05 | 100.85 | 2265 | 08-20 | 210.00 |
| 2239 | 08-06 | 154.50 | 2266 | 08-20 | 489.00 |
| 2240 | 08-06 | 56.65 | 2267 | 08-25 | 119.99 |
| 2241 | 08-06 | 35.20 | 2268 | 08-25 | 112.05 |
| 2242 | 08-08 | 196.12 | 2269 | 08-25 | 24.90 |
| 2243 | 08-08 | 6,750.00 | 2270 | 08-27 | 628.30 |
| 2244 | 08-08 | 1,296.00 | 2271 | 08-25 | 1,008.00 |
| 2245 | 08-11 | 720.00 | 2272 | 08-25 | 1,008.00 |
| 2246 | 08-11 | 150.00 | 2273 | 08-26 | 60.46 |
| 2247 | 08-11 | 4,932.77 | 2274 | 08-25 | 60.20 |
| 2248 | 08-11 | 1,338.68 | 2275 | 08-26 | 5,350.00 |
| 2249 | 08-19 | 260.00 | 2276 | 08-26 | 227.19 |
| 2250 | 08-25 | 5.00 | 2277 | 08-26 | 85.20 |
| 2251 | 08-14 | 29.12 | 2278 | 08-27 | 75.82 |
| 2252 | 08-12 | 195.09 | 2279 | 08-27 | 18.28 |
| 2253 | 08-14 | 17,000.00 | 2280 | 09-02 | 448.50 |
| 2254 | 08-18 | 198.38 | 2281 | 08-29 | 993.96 |
| 2255 | 08-14 | 34.24 | 2282 | 08-27 | 642.28 |
| 2256 | 08-18 | 6.31 | 2283 | 09-03 | 53.73 |
| 2257 | 08-21 | 200.00 | 2285 * | 09-02 | 1,008.00 |
| 2258 | 08-21 | 208.71 | 2286 | 09-03 | 49.26 |
| 2259 | 08-18 | 61.03 | 2287 | 09-05 | 45.98 |
| 2260 | 08-18 | 1,296.00 | 2288 | 09-02 | 512.70 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
September 05, 2008

Page 2 of 3
0002256924

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2289 | 09-02 | 4,843.33 | 104070 | 09-04 | 5,582.38 |
| 2290 | 09-05 | 62.16 | 104071 | 09-05 | 19.55 |
| 104069 * | 09-04 | 3,229.09 | | | |

* Skip in check sequence

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 08-18 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 200,000.00 |
| 08-20 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 50,000.00 |
| 08-26 | 'Service Charge<br>WIRE TRANS DOM INC | 10.00 |
| 08-28 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 100,000.00 |
| 09-02 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 150,000.00 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 08-04 | Deposit | 14,475.76 |
| 08-13 | Deposit | 7,482.98 |
| 08-15 | Deposit | 13,150.00 |
| 08-15 | Deposit | 250,000.00 |
| 08-19 | Deposit | 61,271.64 |
| 08-26 | 'Wire Trans Dom Inc<br>NORTHERN CHGO DEMPSTER STREET PROPERTIES | 350,797.51 |
| 08-28 | Deposit | 18,553.55 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-01 | 20,945.42 | 08-14 | 8,866.78 | 08-26 | 421,217.39 |
| 08-04 | 34,633.02 | 08-15 | 272,016.78 | 08-27 | 419,852.71 |
| 08-05 | 34,272.17 | 08-18 | 69,735.06 | 08-28 | 338,406.26 |
| 08-06 | 34,025.82 | 08-19 | 130,583.90 | 08-29 | 337,412.30 |
| 08-08 | 25,783.70 | 08-20 | 79,884.90 | 09-02 | 180,599.77 |
| 08-11 | 18,642.25 | 08-21 | 78,990.87 | 09-03 | 180,496.78 |
| 08-12 | 18,447.16 | 08-22 | 78,490.87 | 09-04 | 171,685.31 |
| 08-13 | 25,930.14 | 08-25 | 76,152.73 | 09-05 | 171,557.62 |

**PARKWAY BANK & TRUST COMPANY**
40 N Waukegan Road
Deerfield IL 60015

Last statement: September 05, 2008
This statement: October 03, 2008
Total days in statement period: 28

Page 1 of 3
0002256924
(0)

Direct inquiries to:
888 498-9800

ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

| | | |
|---|---|---|
| Account number | 0002256924 | Beginning balance $171,557.62 |
| Average balance | $54,484.39 | Total additions 181,030.02 |
| | | Total subtractions 312,106.10 |
| | | Ending balance $40,481.54 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2284 | 09-08 | 1,008.00 | 2318 | 09-18 | 487.43 |
| 2291 * | 09-08 | 30.85 | 2319 | 09-18 | 179.47 |
| 2292 | 09-09 | 1,008.00 | 2320 | 09-18 | 84.20 |
| 2293 | 09-08 | 1,008.00 | 2321 | 09-19 | 163.59 |
| 2294 | 09-15 | 4,932.77 | 2322 | 09-22 | 1,008.00 |
| 2295 | 09-15 | 1,338.68 | 2323 | 09-19 | 950.00 |
| 2296 | 09-09 | 281.76 | 2325 * | 09-23 | 74.39 |
| 2297 | 09-09 | 2,200.00 | 2326 | 09-24 | 60.20 |
| 2298 | 09-08 | 260.00 | 2327 | 09-26 | 60.46 |
| 2299 | 09-08 | 225.00 | 2328 | 09-25 | 86.12 |
| 2300 | 09-09 | 584.00 | 2329 | 09-25 | 80.81 |
| 2301 | 09-09 | 2,458.28 | 2330 | 09-25 | 205.52 |
| 2302 | 09-22 | 120.00 | 2331 | 09-25 | 144.00 |
| 2303 | 09-11 | 10,125.00 | 2332 | 09-26 | 28.67 |
| 2304 | 09-15 | 25.76 | 2333 | 09-29 | 1,008.00 |
| 2305 | 09-15 | 150.00 | 2334 | 09-30 | 950.00 |
| 2306 | 09-15 | 100.00 | 2336 * | 10-03 | 903.75 |
| 2307 | 09-15 | 1,008.00 | 2337 | 10-01 | 35.20 |
| 2308 | 09-16 | 1,008.00 | 2338 | 09-30 | 20.36 |
| 2309 | 09-16 | 84.00 | 2339 | 10-02 | 45.29 |
| 2310 | 09-18 | 46.95 | 2341 * | 10-01 | 144.00 |
| 2311 | 09-15 | 9.64 | 2342 | 10-03 | 1,008.00 |
| 2313 * | 09-18 | 448.50 | 104067 * | 09-22 | 6,030.00 |
| 2314 | 09-16 | 1,077.18 | 104072 * | 09-15 | 84.00 |
| 2315 | 09-16 | 34.01 | 104073 | 09-25 | 331.35 |
| 2316 | 09-19 | 44.00 | 104076 * | 09-15 | 2,233.14 |
| 2317 | 09-17 | 205.13 | 104079 * | 09-30 | 1,560.00 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
October 03, 2008

Page 2 of 3  
0002256924

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|

* Skip in check sequence

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 09-11 | 'Transfer Debit | 150,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 09-17 | 'Service Charge | 5.00 |
| | IFMS MANUAL TRANSF | |
| 09-17 | 'Service Charge | 5.00 |
| | IFMS MANUAL TRANSF | |
| 09-17 | 'Service Charge | 5.00 |
| | IFMS MANUAL TRANSF | |
| 09-17 | 'Service Charge | 5.00 |
| | IFMS MANUAL TRANSF | |
| 09-17 | 'Service Charge | 5.00 |
| | IFMS MANUAL TRANSF | |
| 09-17 | 'Transfer Debit | 76,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 09-22 | 'Transfer Debit | 11,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 09-24 | 'Dep Item Return | 11,271.64 |
| 09-24 | 'Service Charge | 10.00 |
| | DEP ITEM RETURN | |
| 09-25 | 'Service Charge | 12.00 |
| | WIRE TRANS DOM INC | |
| 09-26 | 'Transfer Debit | 16,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 09-08 | Deposit | 14,684.03 |
| 09-17 | 'Ifms Manual Transfer | 13,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | |
| 09-17 | 'Ifms Manual Transfer | 15,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376183 | |
| 09-17 | 'Ifms Manual Transfer | 20,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | |
| 09-17 | 'Ifms Manual Transfer | 20,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376175 | |
| 09-17 | 'Ifms Manual Transfer | 32,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376167 | |
| 09-18 | Deposit | 11,271.64 |
| 09-19 | Deposit | 15,490.92 |
| 09-25 | 'Wire Trans Dom Inc | 11,271.64 |
| | LASALLE CHGO PET SUPPORT INC | |
| 10-01 | Deposit | 28,311.79 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
October 03, 2008

Page 3 of 3
0002256924

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-05 | 171,557.62 | 09-18 | 38,762.54 | 09-29 | 16,836.35 |
| 09-08 | 183,709.80 | 09-19 | 53,095.87 | 09-30 | 14,305.99 |
| 09-09 | 177,177.76 | 09-22 | 34,937.87 | 10-01 | 42,438.58 |
| 09-11 | 17,052.76 | 09-23 | 34,863.48 | 10-02 | 42,393.29 |
| 09-15 | 7,170.77 | 09-24 | 23,521.64 | 10-03 | 40,481.54 |
| 09-16 | 4,967.58 | 09-25 | 33,933.48 | | |
| 09-17 | 28,737.45 | 09-26 | 17,844.35 | | |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

# PARKWAY BANK & TRUST COMPANY

40 N Waukegan Road
Deerfield IL 60015

Last statement: October 03, 2008
This statement: November 07, 2008
Total days in statement period: 35

Page 1 of 5
0002256924
(0)

Direct inquiries to:
888 498-9800

ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

| | | | | |
|---|---|---|---|---|
| Account number | 0002256924 | Beginning balance | | $40,481.54 |
| Average balance | $42,993.03 | Total additions | | 594,000.57 |
| | | Total subtractions | | 466,352.50 |
| | | Ending balance | | $168,129.61 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2312 | 10-14 | 1,008.00 | 2366 | 10-14 | 950.00 |
| 2324 * | 10-07 | 260.00 | 2367 | 10-10 | 260.00 |
| 2335 * | 10-06 | 959.70 | 2368 | 10-14 | 34.51 |
| 2340 * | 10-06 | 62.16 | 2369 | 10-17 | 67.02 |
| 2343 * | 10-06 | 950.00 | 2370 | 10-24 | 50.00 |
| 2344 | 10-08 | 104.01 | 2371 | 10-22 | 51.00 |
| 2345 | 10-08 | 97.50 | 2372 | 10-22 | 50.00 |
| 2346 | 10-07 | 11,587.50 | 2373 | 10-22 | 50.00 |
| 2347 | 10-08 | 31.00 | 2374 | 10-22 | 50.00 |
| 2348 | 10-29 | 200.00 | 2375 | 11-03 | 143.00 |
| 2349 | 10-07 | 9,913.99 | 2376 | 10-29 | 132.00 |
| 2350 | 10-08 | 11,240.22 | 2377 | 11-03 | 135.00 |
| 2351 | 10-08 | 9,123.18 | 2378 | 10-29 | 133.00 |
| 2352 | 10-08 | 2,893.02 | 2379 | 10-29 | 3.00 |
| 2353 | 10-08 | 2,873.94 | 2380 | 11-05 | 2.00 |
| 2354 | 10-08 | 2,820.74 | 2381 | 10-29 | 2.00 |
| 2355 | 10-08 | 22,142.68 | 2382 | 11-03 | 14.00 |
| 2356 | 10-08 | 29,065.25 | 2383 | 10-27 | 14.00 |
| 2357 | 10-08 | 1,875.84 | 2384 | 11-03 | 14.00 |
| 2358 | 10-14 | 288.00 | 2385 | 10-27 | 14.00 |
| 2359 | 10-09 | 59.06 | 2386 | 10-27 | 14.00 |
| 2360 | 10-14 | 36.63 | 2387 | 10-20 | 1,008.00 |
| 2361 | 10-14 | 324.76 | 2388 | 10-21 | 950.00 |
| 2362 | 10-10 | 21.86 | 2389 | 10-22 | 206.04 |
| 2363 | 10-15 | 120.00 | 2390 | 10-17 | 202.46 |
| 2364 | 10-15 | 100.00 | 2391 | 10-21 | 6,000.00 |
| 2365 | 10-10 | 1,008.00 | 2392 | 10-20 | 51.29 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
November 07, 2008

Page 2 of 5  
0002256924

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2393 | 10-21 | 216.00 | 2422 | 11-07 | 145.45 |
| 2394 | 10-27 | 260.00 | 2423 | 11-07 | 150.00 |
| 2395 | 10-21 | 188.80 | 2424 | 11-07 | 100.00 |
| 2396 | 10-27 | 549.84 | 2426 * | 11-07 | 128.75 |
| 2397 | 10-21 | 1,200.00 | 2427 | 11-07 | 56.65 |
| 2398 | 10-21 | 79.09 | 2428 | 11-06 | 921.29 |
| 2399 | 10-23 | 73.18 | 2429 | 11-07 | 7,593.75 |
| 2401 * | 10-30 | 448.50 | 2430 | 11-07 | 1,152.00 |
| 2402 | 10-23 | 109.63 | 104077 * | 10-06 | 1,560.00 |
| 2403 | 10-23 | 95.08 | 104078 | 10-06 | 900.00 |
| 2404 | 10-24 | 60.54 | 104080 * | 10-14 | 98.28 |
| 2405 | 10-23 | 45.00 | 104081 | 10-08 | 38.27 |
| 2406 | 10-27 | 72.68 | 104082 | 10-20 | 761.30 |
| 2407 | 10-23 | 61.92 | 104083 | 10-17 | 30,000.00 |
| 2408 | 10-24 | 44.64 | 104084 | 11-05 | 1,642.06 |
| 2409 | 10-24 | 1,008.00 | 104085 | 11-05 | 1,642.06 |
| 2410 | 10-27 | 950.00 | 104086 | 11-05 | 1,642.06 |
| 2411 | 10-28 | 850.00 | 104087 | 11-05 | 1,642.06 |
| 2412 | 10-29 | 144.00 | 104088 | 11-05 | 5,537.77 |
| 2413 | 10-31 | 100.94 | 104089 | 11-05 | 4,741.23 |
| 2414 | 10-30 | 56.80 | 104090 | 11-05 | 4,741.23 |
| 2415 | 11-06 | 65.33 | 104091 | 11-05 | 4,741.23 |
| 2416 | 11-03 | 1,152.00 | 104092 | 11-05 | 4,741.23 |
| 2417 | 11-03 | 750.00 | 104093 | 11-05 | 4,741.23 |
| 2418 | 11-04 | 120.51 | 104094 | 11-05 | 15,092.35 |
| 2419 | 11-03 | 42.00 | 104095 | 11-05 | 4,812.46 |
| 2420 | 11-03 | 139.85 | | | |
| 2421 | 11-03 | 5,033.10 | | | |

\* Skip in check sequence

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 10-09 | ' Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-09 | ' Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-09 | ' Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-09 | ' Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-09 | ' Overdraft Fee<br>FOR OVERDRAFT CHECK # 2351 | 35.00 |
| 10-09 | ' Overdraft Fee<br>FOR OVERDRAFT CHECK # 2352 | 35.00 |
| 10-09 | ' Overdraft Fee<br>FOR OVERDRAFT CHECK # 2353 | 35.00 |
| 10-09 | ' Overdraft Fee<br>FOR OVERDRAFT CHECK # 2354 | 35.00 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
November 07, 2008

Page 3 of 5  
0002256924

| Date | Description | Subtractions |
|---|---|---|
| 10-09 | 'Overdraft Fee<br>FOR OVERDRAFT CHECK # 2355 | 35.00 |
| 10-09 | 'Overdraft Fee<br>FOR OVERDRAFT CHECK # 2356 | 35.00 |
| 10-09 | 'Overdraft Fee<br>FOR OVERDRAFT CHECK # 2357 | 35.00 |
| 10-09 | 'Overdraft Fee<br>FOR OVERDRAFT CHECK # 104081 | 35.00 |
| 10-14 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-14 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-14 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-14 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-14 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 10,000.00 |
| 10-14 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 90,000.00 |
| 10-16 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-16 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-16 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-16 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 10-16 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 18,000.00 |
| 11-05 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 11-05 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000376175 | 7,000.00 |
| 11-05 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000376183 | 23,000.00 |
| 11-05 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372455 | 85,000.00 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 10-08 | Deposit | 687.46 |
| 10-09 | 'Ifms Manual Transfer<br>TRANSFER FROM DEPOSIT ACCOUNT 0000376167 | 5,000.00 |
| 10-09 | 'Ifms Manual Transfer<br>TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | 20,000.00 |
| 10-09 | 'Ifms Manual Transfer<br>TRANSFER FROM DEPOSIT ACCOUNT 0000376175 | 20,000.00 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
November 07, 2008

Page 4 of 5  
0002256924

| Date | Description | Additions |
|---|---|---|
| 10-09 | Ifms Manual Transfer | 35,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376183 | |
| 10-09 | Deposit | 3,619.01 |
| 10-14 | Ifms Manual Transfer | 10,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376167 | |
| 10-14 | Ifms Manual Transfer | 20,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376183 | |
| 10-14 | Ifms Manual Transfer | 20,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376175 | |
| 10-14 | Ifms Manual Transfer | 40,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | |
| 10-16 | Ifms Manual Transfer | 3,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376167 | |
| 10-16 | Ifms Manual Transfer | 3,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376175 | |
| 10-16 | Ifms Manual Transfer | 3,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376167 | |
| 10-16 | Ifms Manual Transfer | 18,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | |
| 10-16 | Deposit | 11,271.64 |
| 10-16 | Deposit | 17,183.42 |
| 10-16 | Deposit | 35,812.16 |
| 10-28 | Deposit | 14,769.79 |
| 11-03 | Deposit | 13,657.09 |
| 11-05 | Ifms Manual Transfer | 300,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000331279 | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-03 | 40,481.54 | 10-17 | 44,637.65 | 10-30 | 43,154.11 |
| 10-06 | 36,049.68 | 10-20 | 42,817.06 | 10-31 | 43,053.17 |
| 10-07 | 14,288.19 | 10-21 | 34,183.17 | 11-03 | 49,287.31 |
| 10-08 | -67,330.00 | 10-22 | 33,776.13 | 11-04 | 49,166.80 |
| 10-09 | 15,929.95 | 10-23 | 33,391.32 | 11-05 | 178,442.83 |
| 10-10 | 14,640.09 | 10-24 | 32,228.14 | 11-06 | 177,456.21 |
| 10-14 | 1,879.91 | 10-27 | 30,353.62 | 11-07 | 168,129.61 |
| 10-15 | 1,659.91 | 10-28 | 44,273.41 | | |
| 10-16 | 74,907.13 | 10-29 | 43,659.41 | | |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
November 07, 2008

Page 5 of 5
0002256924

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 20 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

## PARKWAY BANK & TRUST COMPANY
40 N Waukegan Road
Deerfield IL 60015

Last statement: November 07, 2008
This statement: December 05, 2008
Total days in statement period: 28

Page 1 of 3
0002256924
(0)

Direct inquiries to:
888 498-9800

ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

| | | |
|---|---|---|
| Account number | 0002256924 | Beginning balance $168,129.61 |
| Average balance | $77,021.96 | Total additions 581,091.64 |
| | | Total subtractions 639,589.67 |
| | | Ending balance $109,631.58 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2400 | 11-10 | 144.00 | 2455 | 11-24 | 76.73 |
| 2425 * | 11-10 | 232.59 | 2456 | 11-21 | 1,152.00 |
| 2431 * | 11-10 | 950.00 | 2457 | 11-24 | 900.00 |
| 2432 | 11-10 | 260.00 | 2458 | 11-24 | 97.34 |
| 2433 | 11-13 | 262.00 | 2459 | 11-24 | 127.95 |
| 2434 | 11-14 | 77.93 | 2460 | 11-24 | 153.72 |
| 2435 | 11-13 | 37.67 | 2461 | 11-24 | 56.41 |
| 2436 | 11-13 | 23.94 | 2462 | 11-24 | 2,662.33 |
| 2437 | 11-24 | 10.00 | 2464 * | 11-25 | 35.20 |
| 2438 | 11-19 | 64.20 | 2465 | 11-28 | 35.27 |
| 2439 | 11-18 | 1,983.26 | 2466 | 11-28 | 218.03 |
| 2440 | 11-17 | 57.90 | 2467 | 11-26 | 209.25 |
| 2441 | 11-17 | 222.56 | 2468 | 12-01 | 1,152.00 |
| 2442 | 11-24 | 176.32 | 2469 | 12-01 | 900.00 |
| 2443 | 11-14 | 1,152.00 | 2470 | 12-01 | 143.46 |
| 2444 | 11-17 | 900.00 | 2471 | 12-01 | 180.37 |
| 2445 | 11-18 | 448.50 | 2472 | 12-02 | 232.39 |
| 2446 | 11-18 | 73.56 | 2473 | 12-03 | 65.33 |
| 2447 | 11-19 | 841.20 | 2474 | 12-01 | 4,790.68 |
| 2448 | 12-02 | 260.00 | 2475 | 12-05 | 1,152.00 |
| 2449 | 11-24 | 1,050.00 | 2477 * | 12-05 | 122.39 |
| 2450 | 11-19 | 198.90 | 104105 * | 11-19 | 4,770.00 |
| 2451 | 11-19 | 158.00 | 104106 | 11-19 | 1,500.00 |
| 2452 | 11-21 | 26.40 | 2256924 * | 11-25 | 60.46 |
| 2453 | 11-21 | 89.76 | * Skip in check sequence | | |
| 2454 | 11-21 | 75.67 | | | |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
December 05, 2008

Page 2 of 3  
0002256924

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 11-10 | 'Transfer Debit | 25,000.00 |
|  | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 11-12 | 'Transfer Debit | 110,000.00 |
|  | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 11-17 | 'Transfer Debit | 7,000.00 |
|  | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 11-18 | 'Service Charge | 5.00 |
|  | IFMS MANUAL TRANSF | |
| 11-19 | 'Transfer Debit | 8,000.00 |
|  | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 11-21 | 'Transfer Debit | 25,000.00 |
|  | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 11-25 | 'Transfer Debit | 171,000.00 |
|  | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |
| 11-26 | 'Service Charge | 5.00 |
|  | IFMS MANUAL TRANSF | |
| 11-26 | 'Dep Item Return | 177,000.00 |
|  | DEBITING ACCOUNT FOR CK DP 11-24-08 DRAWN ON NORTHVIEW BANK & TRUST BEING RETURNED ACCOUNT CLOSED | |
| 11-26 | 'Service Charge | 10.00 |
|  | DEP ITEM RETURN | |
| 12-01 | 'Transfer Debit | 86,000.00 |
|  | TRANSFER TO DEPOSIT ACCOUNT 0000372420 | |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 11-10 | Deposit | 6,292.03 |
| 11-18 | 'Ifms Manual Transfer | 30,000.00 |
|  | TRANSFER FROM DEPOSIT ACCOUNT 0001618962 | |
| 11-20 | Deposit | 14,440.93 |
| 11-24 | Deposit | 177,000.00 |
| 11-26 | 'Ifms Manual Transfer | 44,000.00 |
|  | TRANSFER FROM DEPOSIT ACCOUNT 0001618962 | |
| 11-26 | Deposit | 215,472.21 |
| 12-01 | Deposit | 29,156.70 |
| 12-05 | Deposit | 64,729.77 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-07 | 168,129.61 | 11-17 | 28,101.05 | 11-24 | 199,844.73 |
| 11-10 | 147,835.05 | 11-18 | 55,590.73 | 11-25 | 28,749.07 |
| 11-12 | 37,835.05 | 11-19 | 40,058.43 | 11-26 | 110,997.03 |
| 11-13 | 37,511.44 | 11-20 | 54,499.36 | 11-28 | 110,743.73 |
| 11-14 | 36,281.51 | 11-21 | 28,155.53 | 12-01 | 46,733.92 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
December 05, 2008

Page 3 of 3
0002256924

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-02 | 46,241.53 | 12-03 | 46,176.20 | 12-05 | 109,631.58 |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 20 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*



# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
January 02, 2009

Page 2 of 3  
0002256924

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2524 | 12-29 | 900.00 | 2532 * | 01-02 | 42.00 |
| 2525 | 12-29 | 187.73 | 104107 * | 12-08 | 3,800.00 |
| 2526 | 01-02 | 60.46 | 104110 * | 12-22 | 30.00 |
| 2527 | 01-02 | 567.59 | 104111 | 12-26 | 6,493.67 |
| 2528 | 01-02 | 404.86 | * Skip in check sequence | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 12-15 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 25,000.00 |
| 12-16 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 12,000.00 |
| 12-16 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 13,000.00 |
| 12-17 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 66,000.00 |
| 12-18 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 3,600.00 |
| 12-22 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 22,500.00 |
| 12-23 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 10,500.00 |
| 12-24 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 12-24 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 12-24 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 12-24 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 12-24 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 40,600.00 |
| 12-29 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 42,000.00 |
| 12-29 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 123,700.00 |
| 12-30 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 31,200.00 |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 12-11 | Deposit | 5,470.61 |
| 12-12 | Credit Memo | 77,476.37 |
| 12-15 | Deposit | 11,271.64 |
| 12-15 | Deposit | 42,524.39 |
| 12-24 | 'Ifms Manual Transfer<br>TRANSFER FROM DEPOSIT ACCOUNT 0000376183 | 5,000.00 |

L 4275 -7656

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
January 02, 2009

Page 3 of 3  
0002256924

| Date | Description | Additions |
|---|---|---|
| 12-24 | Ifms Manual Transfer | 5,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376167 | |
| 12-24 | Ifms Manual Transfer | 10,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376175 | |
| 12-24 | Ifms Manual Transfer | 250,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | |
| 12-29 | Deposit | 23,941.67 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-05 | 109,631.58 | 12-17 | 107,032.73 | 12-26 | 287,582.30 |
| 12-08 | 101,296.62 | 12-18 | 103,076.63 | 12-29 | 143,900.14 |
| 12-11 | 106,745.37 | 12-19 | 102,904.94 | 12-30 | 86,970.76 |
| 12-12 | 182,391.81 | 12-22 | 76,889.47 | 12-31 | 86,470.76 |
| 12-15 | 206,748.49 | 12-23 | 64,865.92 | 01-02 | 85,395.85 |
| 12-16 | 180,600.30 | 12-24 | 294,075.97 | | |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.



*Thank you for banking with Parkway Bank & Trust Company*

L 4275 -7657