

**PARKWAY BANK & TRUST COMPANY**
40 N Waukegan Road
Deerfield IL 60015

428 MO             ##007307
ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Last statement: January 02, 2009
This statement: February 06, 2009
Total days in statement period: 35

Page 1 of 4
0002256924
( 0 )

Direct inquiries to:
888 498-9800

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

| Account number | 0002256924 | Beginning balance | $85,395.85 |
|---|---|---|---|
| Average balance | $41,110.07 | Total additions | 326,101.34 |
| | | Total subtractions | 407,529.00 |
| | | Ending balance | $3,968.19 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2518 | 01-05 | 500.00 | 2550 | 01-15 | 8.57 |
| 2519 | 01-15 | 500.00 | 2551 | 01-20 | 252.02 |
| 2529 * | 01-05 | 65.33 | 2552 | 01-23 | 448.50 |
| 2530 | 01-05 | 1,152.00 | 2553 | 02-02 | 350.34 |
| 2531 | 01-05 | 900.00 | 2554 | 01-16 | 56.40 |
| 2533 * | 01-16 | 4,106.25 | 2555 | 01-16 | 1,152.00 |
| 2534 | 01-05 | 214.70 | 2556 | 01-26 | 900.00 |
| 2535 | 01-13 | 140.41 | 2557 | 01-23 | 189.08 |
| 2536 | 01-08 | 139.95 | 2558 | 01-23 | 94.33 |
| 2537 | 01-07 | 9,913.98 | 2559 | 01-26 | 293.76 |
| 2538 | 01-08 | 200.00 | 2560 | 01-21 | 61.53 |
| 2539 | 01-16 | 200.00 | 2561 | 01-26 | 1,377.55 |
| 2540 | 01-13 | 29.53 | 2562 | 01-26 | 78.28 |
| 2541 | 01-13 | 1,152.00 | 2563 | 01-23 | 35.20 |
| 2542 | 01-15 | 900.00 | 2565 * | 01-23 | 1,152.00 |
| 2543 | 01-13 | 440.00 | 2566 | 01-26 | 900.00 |
| 2544 | 01-13 | 300.00 | 2567 | 01-26 | 304.33 |
| 2545 | 01-13 | 125.00 | 2568 | 01-27 | 60.25 |
| 2546 | 01-13 | 375.00 | 2569 | 01-26 | 61.92 |
| 2547 | 01-13 | 260.00 | 2570 | 01-26 | 167.22 |
| 2548 | 01-14 | 260.00 | 2571 | 01-26 | 271.43 |
| 2549 | 01-13 | 136.02 | 2572 | 01-28 | 268.07 |

L 7307 -16335

## PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
February 06, 2009

Page 2 of 4  
0002256924

| Number | Date  | Amount   | Number   | Date  | Amount    |
|--------|-------|----------|----------|-------|-----------|
| 2573   | 01-27 | 659.69   | 2584     | 02-06 | 1,152.00  |
| 2574   | 01-28 | 181.95   | 2588 *   | 02-06 | 103.02    |
| 2575   | 01-28 | 102.99   | 104108 * | 01-06 | 7,300.00  |
| 2576   | 01-30 | 230.73   | 104109   | 01-06 | 12,000.00 |
| 2577   | 01-29 | 165.49   | 104113 * | 01-20 | 61.83     |
| 2578   | 01-30 | 1,152.00 | 104114   | 01-22 | 39.27     |
| 2579   | 02-04 | 900.00   | 104115   | 01-23 | 17.89     |
| 2580   | 02-04 | 60.19    | 104116   | 01-26 | 13.55     |
| 2581   | 02-03 | 704.28   | 104117   | 01-29 | 2,185.00  |
| 2582   | 02-03 | 284.75   | 104118   | 02-02 | 34,148.92 |
| 2583   | 02-05 | 90.89    |          |       |           |

* Skip in check sequence

### DEBITS

| Date  | Description | Subtractions |
|-------|-------------|--------------|
| 01-08 | Debit Memo | 37,073.90 |
| 01-14 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 17,750.00 |
| 01-15 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 01-16 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 50,000.00 |
| 01-20 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 01-20 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 95,000.00 |
| 01-21 | 'Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT 0000372420 | 10,000.00 |
| 01-21 | 'Preauthorized Debit<br>DELUXE BUS SYS. BUS PRODS 090119<br>36172596 | 97.71 |
| 01-22 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 01-22 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 01-22 | 'Service Charge<br>IFMS MANUAL TRANSF | 5.00 |
| 01-22 | 'Phone/Online Tran-Dr<br>TO ACC 00000372420 DATE: 01-22-09 TIME: 10:54:56 | 40,000.00 |
| 01-23 | 'Phone/Online Tran-Dr<br>TO ACC 00000372420 DATE: 01-23-09 TIME: 09:22:42 | 25,000.00 |
| 01-26 | 'Phone/Online Tran-Dr<br>TO ACC 00000372420 DATE: 01-26-09 TIME: 09:56:30 | 4,500.00 |
| 01-27 | 'Phone/Online Tran-Dr<br>TO ACC 00000372420 DATE: 01-27-09 TIME: 10:15:22 | 15,000.00 |
| 01-29 | 'Phone/Online Tran-Dr<br>TO ACC 00000372420 DATE: 01-29-09 TIME: 14:15:36 | 18,000.00 |
| 01-30 | 'Phone/Online Tran-Dr<br>TO ACC 00000372420 DATE: 01-30-09 TIME: 10:48:34 | 3,000.00 |

L 7307 -16336

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
February 06, 2009

Page 3 of 4  
0002256924

| Date | Description | Subtractions |
|---|---|---|
| 02-03 | 'Overdraft Fee | 35.00 |
| | FOR OVERDRAFT CHECK # 104118 | |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 01-05 | Deposit | 17,724.26 |
| 01-15 | 'Ifms Manual Transfer | 100,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | |
| 01-20 | 'Ifms Manual Transfer | 95,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | |
| 01-20 | Deposit | 7,100.20 |
| 01-22 | 'Ifms Manual Transfer | 15,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376167 | |
| 01-22 | 'Ifms Manual Transfer | 15,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376175 | |
| 01-22 | 'Ifms Manual Transfer | 15,000.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT 0000376183 | |
| 01-22 | Deposit | 10,000.00 |
| 01-22 | Deposit | 10,200.00 |
| 01-29 | 'Phone/Online Tran-Cr | 3,100.00 |
| | FR ACC 00000372420 DATE: 01-29-09 TIME: 18:26:05 | |
| 02-02 | Deposit | 27,476.88 |
| 02-03 | 'Phone/Online Tran-Cr | 5,500.00 |
| | FR ACC 00000260800 DATE: 02-03-09 TIME: 10:25:00 | |
| 02-04 | 'Phone/Online Tran-Cr | 5,000.00 |
| | FR ACC 00000372420 DATE: 02-04-09 TIME: 10:03:32 | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-02 | 85,395.85 | 01-16 | 55,764.07 | 01-29 | 8,203.43 |
| 01-05 | 100,288.08 | 01-20 | 62,545.42 | 01-30 | 3,820.70 |
| 01-06 | 80,988.08 | 01-21 | 52,386.18 | 02-02 | -3,201.68 |
| 01-07 | 71,074.10 | 01-22 | 77,531.91 | 02-03 | 1,274.29 |
| 01-08 | 33,660.25 | 01-23 | 50,594.91 | 02-04 | 5,314.10 |
| 01-13 | 30,702.29 | 01-26 | 41,726.87 | 02-05 | 5,223.21 |
| 01-14 | 12,692.29 | 01-27 | 26,006.93 | 02-06 | 3,968.19 |
| 01-15 | 111,278.72 | 01-28 | 25,453.92 | | |



# PARKWAY BANK & TRUST COMPANY
40 N Waukegan Road
Deerfield IL 60015

428 M0               ##004203
ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Last statement: February 06, 2009
This statement: March 06, 2009
Total days in statement period: 28

Page 1 of 3
0002256924
(0)

Direct inquiries to:
888 498-9800

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

| | |
|---|---|
| Account number | 0002256924 |
| Average balance | $36,579.96 |

| | |
|---|---|
| Beginning balance | $3,968.19 |
| Total additions | 347,940.13 |
| Total subtractions | 267,807.85 |
| Ending balance | $84,100.47 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2564 | 02-17 | 250.00 | 2609 | 02-20 | 141.55 |
| 2585 * | 02-09 | 900.00 | 2610 | 02-20 | 78.61 |
| 2586 | 02-09 | 139.05 | 2611 | 02-23 | 26.40 |
| 2587 | 02-09 | 56.65 | 2612 | 02-23 | 284.57 |
| 2589 * | 02-09 | 294.43 | 2613 | 02-23 | 220.90 |
| 2590 | 02-17 | 78.00 | 2614 | 02-25 | 102.96 |
| 2591 | 02-09 | 260.00 | 2615 | 02-24 | 218.85 |
| 2592 | 02-17 | 195.00 | 2616 | 02-24 | 60.25 |
| 2593 | 02-17 | 125.00 | 2617 | 02-27 | 1,152.00 |
| 2595 * | 02-13 | 1,152.00 | 2619 * | 03-02 | 400.00 |
| 2596 | 02-23 | 900.00 | 2620 | 03-03 | 325.82 |
| 2598 * | 02-17 | 195.00 | 2621 | 03-02 | 156.63 |
| 2599 | 02-13 | 4.50 | 2622 | 02-27 | 108.32 |
| 2600 | 02-13 | 8,043.75 | 2623 | 03-03 | 513.43 |
| 2601 | 02-23 | 257.91 | 2624 | 03-06 | 115.93 |
| 2602 | 02-18 | 60.57 | 2625 | 03-04 | 61.44 |
| 2603 | 02-19 | 189.08 | 2626 | 03-04 | 49.40 |
| 2604 | 02-19 | 112.00 | 2627 | 03-06 | 1,152.00 |
| 2605 | 02-20 | 191.83 | 4135 * | 03-05 | 2,500.66 |
| 2606 | 02-27 | 125.00 | 104119 * | 02-18 | 1,436.48 |
| 2607 | 02-20 | 1,152.00 | 104120 | 02-20 | 78.80 |
| 2608 | 02-23 | 900.00 | 104121 | 02-25 | 5,700.00 |

L 4203 -7529

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA  
March 06, 2009

Page 2 of 3  
0002256924

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 104122 | 02-23 | 128.71 | 104131 | 03-06 | 3,949.73 |
| 104123 | 03-02 | 2,390.00 | 104132 | 03-06 | 20,136.34 |
| 104124 | 03-03 | 12,250.00 | 104134 * | 03-06 | 8,004.88 |
| 104125 | 03-03 | 19,500.00 | 104136 * | 03-06 | 2,547.83 |
| 104126 | 03-06 | 2,013.35 | 104137 | 03-05 | 2,564.73 |
| 104127 | 03-06 | 24,251.17 | 104141 * | 03-04 | 2,612.09 |
| 104130 * | 03-05 | 9,972.25 | | | |

* Skip in check sequence

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 02-12 | ' Service Charge   IFMS MANUAL TRANSF | 5.00 |
| 02-12 | ' Service Charge   IFMS MANUAL TRANSF | 5.00 |
| 02-12 | ' Service Charge   IFMS MANUAL TRANSF | 5.00 |
| 02-12 | ' Service Charge   IFMS MANUAL TRANSF | 5.00 |
| 02-12 | ' Phone/Online Tran-Dr   TO ACC 00000372420 DATE: 02-12-09 TIME: 14:58:43 | 70,000.00 |
| 03-02 | ' Phone/Online Tran-Dr   TO ACC 00000372420 DATE: 03-02-09 TIME: 14:48:12 | 45,000.00 |
| 03-06 | ' Phone/Online Tran-Dr   TO ACC 00000376183 DATE: 03-06-09 TIME: 11:34:28 | 12,000.00 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 02-11 | Deposit | 20,509.00 |
| 02-12 | ' Ifms Manual Transfer   TRANSFER FROM DEPOSIT ACCOUNT 0000376167 | 10,000.00 |
| 02-12 | ' Ifms Manual Transfer   TRANSFER FROM DEPOSIT ACCOUNT 0000376175 | 10,000.00 |
| 02-12 | ' Ifms Manual Transfer   TRANSFER FROM DEPOSIT ACCOUNT 0000372455 | 20,000.00 |
| 02-12 | ' Ifms Manual Transfer   TRANSFER FROM DEPOSIT ACCOUNT 0002344645 | 30,622.76 |
| 02-13 | Deposit | 7,771.64 |
| 02-17 | Deposit | 5,271.64 |
| 02-26 | Deposit | 10,200.00 |
| 02-26 | Deposit | 10,448.36 |
| 02-26 | Deposit | 14,617.09 |
| 02-26 | Deposit | 48,499.64 |
| 03-05 | ' Phone/Online Tran-Cr   FR ACC 00000372420 DATE: 03-05-09 TIME: 10:18:09 | 130,000.00 |
| 03-06 | ' Phone/Online Tran-Cr   FR ACC 00000372420 DATE: 03-06-09 TIME: 11:33:49 | 30,000.00 |

L 4203 -7530

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
March 06, 2009

Page 3 of 3
0002256924

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-06 | 3,968.19 | 02-19 | 24,631.72 | 03-02 | 48,621.52 |
| 02-09 | 2,318.06 | 02-20 | 22,988.93 | 03-03 | 16,032.27 |
| 02-11 | 22,827.06 | 02-23 | 20,270.44 | 03-04 | 13,309.34 |
| 02-12 | 23,429.82 | 02-24 | 19,991.34 | 03-05 | 128,271.70 |
| 02-13 | 22,001.21 | 02-25 | 14,188.38 | 03-06 | 84,100.47 |
| 02-17 | 26,429.85 | 02-26 | 97,953.47 | | |
| 02-18 | 24,932.80 | 02-27 | 96,568.15 | | |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

L 4203 -7531



# PARKWAY BANK & TRUST COMPANY
40 N Waukegan Road
Deerfield IL 60015

428 M0 ##004181
ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Last statement: March 06, 2009
This statement: April 03, 2009
Total days in statement period: 28

Page 1 of 3
0002256924
( 0)

Direct inquiries to:
888 498-9800

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

Account number: 0002256924
Average balance: $65,953.43

Beginning balance: $84,100.47
Total additions: 317,365.09
Total subtractions: 353,312.39
Ending balance: $48,153.17

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2594 | 03-10 | 448.50 | 2647 | 03-26 | 236.12 |
| 2597 * | 03-10 | 367.13 | 2648 | 03-19 | 122.93 |
| 2618 * | 03-09 | 900.00 | 2649 | 03-19 | 55.66 |
| 2628 * | 03-09 | 900.00 | 2650 | 03-18 | 284.39 |
| 2629 | 03-10 | 236.81 | 2651 | 03-23 | 1,152.00 |
| 2630 | 03-17 | 50.00 | 2652 | 03-23 | 900.00 |
| 2631 | 03-10 | 875.00 | 2653 | 03-20 | 146.65 |
| 2632 | 03-09 | 225.00 | 2654 | 03-23 | 112.00 |
| 2633 | 03-09 | 296.04 | 2655 | 03-26 | 24.00 |
| 2634 | 03-16 | 8,268.75 | 2656 | 03-24 | 100.00 |
| 2635 | 03-13 | 232.50 | 2657 | 03-24 | 748.00 |
| 2636 | 03-19 | 80.00 | 2658 | 03-25 | 73.35 |
| 2637 | 03-13 | 1,152.00 | 2659 | 03-26 | 60.25 |
| 2638 | 03-18 | 900.00 | 2660 | 03-26 | 259.73 |
| 2639 | 03-26 | 448.50 | 2662 * | 03-30 | 1,152.00 |
| 2640 | 03-13 | 7.53 | 2664 * | 03-30 | 193.06 |
| 2641 | 03-17 | 267.88 | 2665 | 03-26 | 110.05 |
| 2642 | 03-13 | 163.75 | 2666 | 04-02 | 1,129.44 |
| 2643 | 03-16 | 178.84 | 2667 | 03-31 | 158.18 |
| 2644 | 03-24 | 189.08 | 2668 | 03-31 | 153.54 |
| 2645 | 03-17 | 179.47 | 2669 | 03-31 | 134.96 |
| 2646 | 03-20 | 35.20 | 2670 | 03-31 | 165.17 |

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
April 03, 2009

Page 2 of 3
0002256924

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2671 | 04-01 | 136.30 | 104148 | 03-11 | 5,185.53 |
| 2673 * | 04-01 | 420.67 | 104149 | 03-11 | 1,675.51 |
| 2674 | 04-03 | 1,152.00 | 104150 | 03-11 | 1,675.51 |
| 2677 * | 04-03 | 191.63 | 104151 | 03-11 | 1,675.51 |
| 104133 * | 03-09 | 9,921.91 | 104152 | 03-11 | 1,675.51 |
| 104138 * | 03-24 | 2,612.09 | 104153 | 03-23 | 29.70 |
| 104139 | 04-03 | 2,612.09 | 104154 | 03-16 | 13.41 |
| 104140 | 03-09 | 2,612.09 | 104155 | 03-19 | 18.65 |
| 104142 * | 03-11 | 12.73 | 104156 | 03-24 | 308.94 |
| 104143 | 03-11 | 4,469.64 | 104157 | 03-23 | 17.06 |
| 104144 | 03-11 | 4,469.64 | 104158 | 03-23 | 13.61 |
| 104145 | 03-11 | 4,469.64 | 104160 * | 03-24 | 2,336.68 |
| 104146 | 03-11 | 4,469.64 | 104161 | 03-24 | 1,343.60 |
| 104147 | 03-11 | 4,469.64 | | | |

* Skip in check sequence

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 03-25 | 'Phone/Online Tran-Dr | 60,000.00 |
| | TO ACC 00000372420 DATE: 03-25-09 TIME: 10:26:32 | |
| 03-27 | 'Phone/Online Tran-Dr | 175,000.00 |
| | TO ACC 00000372420 DATE: 03-27-09 TIME: 10:19:07 | |
| 03-31 | 'Phone/Online Tran-Dr | 15,000.00 |
| | TO ACC 00000372420 DATE: 03-31-09 TIME: 15:43:04 | |
| 03-31 | 'Phone/Online Tran-Dr | 21,000.00 |
| | TO ACC 00000372420 DATE: 03-31-09 TIME: 09:40:46 | |
| 03-31 | 'Transfer Debit | 450.00 |
| | TRANSFER TO DEPOSIT ACCOUNT 0000379751 | |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 03-13 | Deposit | 5,990.00 |
| 03-19 | Deposit | 7,771.64 |
| 03-23 | Deposit | 10,200.00 |
| 03-23 | Deposit | 77,312.21 |
| 03-24 | Deposit | 85,563.54 |
| 03-27 | 'Phone/Online Tran-Cr | 125,000.00 |
| | FR ACC 00001621505 DATE: 03-27-09 TIME: 10:16:05 | |
| 04-01 | Credit Memo | 5,527.70 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-06 | 84,100.47 | 03-16 | 29,042.71 | 03-23 | 119,961.36 |
| 03-09 | 69,245.43 | 03-17 | 28,545.36 | 03-24 | 197,886.51 |
| 03-10 | 67,317.99 | 03-18 | 27,360.97 | 03-25 | 137,813.16 |
| 03-11 | 33,069.49 | 03-19 | 34,855.37 | 03-26 | 136,674.51 |
| 03-13 | 37,503.71 | 03-20 | 34,673.52 | 03-27 | 86,674.51 |

14181 7489

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
April 03, 2009

Page 3 of 3
0002256924

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-30 | 85,329.45 | 04-01 | 53,238.33 | 04-03 | 48,153.17 |
| 03-31 | 48,267.60 | 04-02 | 52,108.89 | | |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

L 4181 -7490

# PARKWAY BANK & TRUST COMPANY
40 N Waukegan Road
Deerfield IL 60015

428 MO ##004126
ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Last statement: April 03, 2009
This statement: May 01, 2009
Total days in statement period: 28

Page 1 of 2
0002256924
( 0)

Direct inquiries to:
888 498-9800

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

Account number: 0002256924
Average balance: $65,171.30
Beginning balance: $48,153.17
Total additions: 48,124.53
Total subtractions: 28,358.75
Ending balance: $67,918.95

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2661 | 04-07 | 224.79 | 2694 | 04-24 | 1,250.00 |
| 2663 * | 04-07 | 900.00 | 2695 | 04-24 | 500.00 |
| 2672 * | 04-07 | 304.46 | 2698 * | 04-21 | 188.19 |
| 2675 * | 04-07 | 900.00 | 2699 | 04-24 | 94.18 |
| 2676 | 04-07 | 262.96 | 2700 | 04-22 | 384.85 |
| 2678 * | 04-06 | 6,693.76 | 2701 | 04-22 | 567.41 |
| 2679 | 04-21 | 448.50 | 2702 | 04-21 | 150.62 |
| 2680 | 04-10 | 78.00 | 2703 | 04-22 | 79.07 |
| 2681 | 04-13 | 78.00 | 2704 | 04-23 | 76.86 |
| 2682 | 04-14 | 1,152.00 | 2706 * | 04-24 | 1,152.00 |
| 2683 | 04-22 | 900.00 | 2707 | 04-27 | 900.00 |
| 2684 | 04-13 | 323.72 | 2708 | 04-28 | 137.00 |
| 2685 | 04-10 | 7.27 | 2709 | 04-29 | 138.55 |
| 2686 | 04-16 | 1,000.00 | 2710 | 04-29 | 90.11 |
| 2687 | 04-21 | 197.98 | 2711 | 05-01 | 1,152.00 |
| 2688 | 04-17 | 1,152.00 | 104162 * | 04-13 | 552.03 |
| 2689 | 04-22 | 900.00 | 104164 * | 04-23 | 12.59 |
| 2690 | 04-16 | 640.92 | 104165 | 04-27 | 1,431.89 |
| 2691 | 04-22 | 366.70 | 104166 | 05-01 | 2,842.50 |
| 2692 | 04-17 | 61.29 | | | |
| 2693 | 04-17 | 57.55 | | | |

* Skip in check sequence

L 4126 -7386

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
May 01, 2009

Page 2 of 2
0002256924

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-14 | Preauthorized Debit DELUXE CHECK CHECK/ACC. 090414 | 9.00 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 04-07 | Deposit | 24,535.76 |
| 04-17 | Deposit | 11,991.41 |
| 04-24 | Deposit | 11,597.36 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-03 | 48,153.17 | 04-16 | 59,562.02 | 04-27 | 72,279.11 |
| 04-06 | 41,459.41 | 04-17 | 70,282.59 | 04-28 | 72,142.11 |
| 04-07 | 63,402.96 | 04-21 | 69,297.30 | 04-29 | 71,913.45 |
| 04-10 | 63,317.69 | 04-22 | 66,099.27 | 05-01 | 67,918.95 |
| 04-13 | 62,363.94 | 04-23 | 66,009.82 | | |
| 04-14 | 61,202.94 | 04-24 | 74,611.00 | | |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

L 4126 -7387

**PARKWAY BANK & TRUST COMPANY**
40 N Waukegan Road
Deerfield IL 60015

428 MO  ##004108
ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Last statement: June 05, 2009
This statement: July 03, 2009
Total days in statement period: 28

Page 1 of 2
0002256924
(0)

Direct inquiries to:
888 498-9800

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

## Checking

| | | |
|---|---|---|
| Account number | 0002256924 | |
| Average balance | $4,091.61 | |
| Beginning balance | | $19,911.35 |
| Total additions | | 226.00 |
| Total subtractions | | 20,444.65 |
| Ending balance | | $-307.30 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2766 | 06-10 | 840.40 | 104171 * | 06-09 | 30.63 |
| 2767 | 06-11 | 1,281.64 | 104172 | 06-18 | 226.00 |
| 2768 | 06-12 | 33.35 | 104172 * | 06-25 | 226.00 |
| 2769 | 06-15 | 7.95 | | | |

* Skip in check sequence

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 06-12 | Wire Tran Dom Out NC NW COMMUNITY BK DMS ESTATE TRUST | 17,658.68 |
| 06-19 | Overdraft Fee FOR OVERDRAFT CHECK # 104172 | 40.00 |
| 06-26 | Overdraft Fee FOR OVERDRAFT CHECK # 104172 | 40.00 |
| 06-29 | Od Fee-Daily FOR CONTINUOUS OD ON 06-29-09 | 15.00 |
| 06-30 | Od Fee-Daily FOR CONTINUOUS OD ON 06-30-09 | 15.00 |
| 07-01 | Od Fee-Daily FOR CONTINUOUS OD ON 07-01-09 | 15.00 |
| 07-02 | Od Fee-Daily FOR CONTINUOUS OD ON 07-02-09 | 15.00 |

1108 -7238

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
July 03, 2009

Page 2 of 2
0002256924

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 06-18 | Return Item | |
| | NSF CHECK 104172 | 226.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-05 | 19,911.35 | 06-15 | 58.70 | 06-29 | -262.30 |
| 06-09 | 19,880.72 | 06-18 | 58.70 | 06-30 | -277.30 |
| 06-10 | 19,040.32 | 06-19 | 18.70 | 07-01 | -292.30 |
| 06-11 | 17,758.68 | 06-25 | -207.30 | 07-02 | -307.30 |
| 06-12 | 66.65 | 06-26 | -247.30 | | |

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

### Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

L4108 -7239

**PARKWAY BANK & TRUST COMPANY**
40 N Waukegan Road
Deerfield IL 60015

428 MO    ##000002
ESTATE OF BERENICE B VENTRELLA
ANGELO D VENTRELLA IND EXECUTOR
2311 DORINA DR
NORTHFIELD IL 60093-2705

Last statement: July 03, 2009
This statement: July 26, 2009
Total days in statement period: 23

Page 1 of 2
0002256924
( O)

Direct inquiries to:
888 498-9800

Parkway Bank & Trust Company
40 N Waukegan Road
Deerfield IL 60015

** Closed Account - Final Statement

## Checking

| | | |
|---|---|---|
| Account number | 0002256924 | Beginning balance $-307.30 |
| Average balance | $-435.13 | Total additions 517.30 |
| | | Total subtractions 210.00 |
| | | Ending balance $.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 07-03 | Od Fee-Daily | |
| | FOR CONTINUOUS OD ON 07-03-09 | 15.00 |
| 07-06 | Od Fee-Daily | |
| | FOR CONTINUOUS OD ON 07-06-09 | 15.00 |
| 07-07 | Od Fee-Daily | |
| | FOR CONTINUOUS OD ON 07-07-09 | 15.00 |
| 07-08 | Od Fee-Daily | |
| | FOR CONTINUOUS OD ON 07-08-09 | 15.00 |
| 07-09 | Od Fee-Daily | |
| | FOR CONTINUOUS OD ON 07-09-09 | 15.00 |
| 07-10 | Od Fee-Daily | |
| | FOR CONTINUOUS OD ON 07-10-09 | 15.00 |
| 07-13 | Od Fee-Daily | |
| | FOR CONTINUOUS OD ON 07-13-09 | 15.00 |
| 07-14 | Od Fee-Daily | |
| | FOR CONTINUOUS OD ON 07-14-09 | 15.00 |
| 07-15 | Od Fee-Daily | |
| | FOR CONTINUOUS OD ON 07-15-09 | 15.00 |
| 07-16 | Od Fee-Daily | |
| | FOR CONTINUOUS OD ON 07-16-09 | 15.00 |

L2 -3

# PARKWAY BANK & TRUST COMPANY

ESTATE OF BERENICE B VENTRELLA
July 26, 2009

Page 2 of 2
0002256924

| Date | Description | Subtractions |
|---|---|---|
| 07-17 | 'Od Fee-Daily FOR CONTINUOUS OD ON 07-17-09 | 15.00 |
| 07-20 | 'Od Fee-Daily FOR CONTINUOUS OD ON 07-20-09 | 15.00 |
| 07-21 | 'Od Fee-Daily FOR CONTINUOUS OD ON 07-21-09 | 15.00 |
| 07-22 | 'Od Fee-Daily FOR CONTINUOUS OD ON 07-22-09 | 15.00 |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 07-24 | 'Auto Closing Balance AUTO CLOSE ZERO BALANCE CREDIT | 517.30 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-03 | -322.30 | 07-10 | -397.30 | 07-17 | -472.30 |
| 07-06 | -337.30 | 07-13 | -412.30 | 07-20 | -487.30 |
| 07-07 | -352.30 | 07-14 | -427.30 | 07-21 | -502.30 |
| 07-08 | -367.30 | 07-15 | -442.30 | 07-22 | -517.30 |
| 07-09 | -382.30 | 07-16 | 457.30 | 07-24 | 0.00 |

## In Case of Errors or Questions About Your Electronic Transfers

Telephone or write us at the number or address shown on the front of this statement as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, or 20 business days for a point-of-sale transaction, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. To qualify for this recredit, we require a written notice of the problem or complaint within 10 business days of your telephone call to us.

## Statement Balancing Information

If your current balances do not agree with the balances shown in your checking and the statement savings registers, review your records for errors in addition and subtraction, also make certain that all amounts are correct. If you need additional assistance balancing your accounts or have questions about any of our banking services, please refer to the phone number on the front of this statement.

If no error is reported in 30 days of the statement date the account will be considered correct.

*Thank you for banking with Parkway Bank & Trust Company*

L2-4

GOULD & RATNER ACCOUNT NO. 3

| Date | Check No. | | Payee | Description | Amount | Date | Check No. |
|---|---|---|---|---|---|---|---|
| 5/14/2010 | 14741 | | Cook County Clerk | Filing Fees - EPS | $564.00 | 5/14/2010 | 14741 |

```
CLERK OF THE CIRCUIT COURT - (
00087147 Chancery-01 5/17/2011
ATTY: 04018    023 TAMOORE
AD DAMNUM:                $0.
CASE NO: 2010CH21128      CALE
COURT DATE: 0/0/0000 12:00AM
CASE TOTAL: $564.00
Base Filing Fee 6
Document Storage
Automation
Law Library
Arbitration
12 Jurors 3
Dispute Resolution
Court Services
Children Waiting Rm
CHECK NO: 14741
CHECK AMOUNT:
CHANGE

RECEIPT 0001 OF 0001
TRANSACTION TOTAL:

             THANK YOU
```